**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on November 1, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>ANTHONY PARDO,<br><br>                Debtor. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter 7<br><br>Case No.: 13-17762 (JKS)<br><br>Honorable John K. Sherwood |

### ORDER RESOLVING MOTION TO VACATE ORDERS

    The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: November 1, 2016**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2 of 3
Debtor:      Anthony Pardo
Case No.:    13-17762
Caption:     Order Resolving Motion to Vacate Orders

THIS MATTER having been brought before the Court by the debtor Anthony Pardo (the "Debtor") by motion for entry of an order to vacate the orders dated January 28, 2016 and February 26, 2016 (the "Motion"); and the Trustee and the Debtor having agreed to resolve the Motion on the terms set forth herein and on the record on August 23, 2016, it is hereby

ORDERED AS FOLLOWS:

1.      The Debtor has agreed to pay to the Trustee the sum of $20,000 (the "Settlement Amount"), to be paid as follows:

      a.      $10,000 to be paid within seven days of the entry of this Order by the Court (the "Initial Payment"); and

      b.      $833.33 per month for 12 months, beginning the first month following entry of this Order (the "Monthly Payment", and with the Initial Payment (the "Settlement Payments").

2.      The Settlement Amount represents the turnover of property of the estate in the sum of $17,491.43 previously ordered to be turned over by the Debtor by Court Order dated January 28, 2016 and in satisfaction of the Court's Order Pursuant to 11 U.S.C. § 105 (i) Enforcing the Court's Order of July 10, 2015; (ii) Finding the Debtor in Further Civil Contempt; (iii) Awarding Trustee Attorney's Fees and Costs (in the sum of $3,873); and (iv) Imposing Sanctions Against the Debtor.  Debtor acknowledges that the failure to pay the Settlement Amount will constitute a failure to obey orders of the Court.  Subject to the ability to cure as set forth in decretal paragraph 4 infra, the failure to timely make the required Settlement Payments constitutes grounds for the revocation of discharge pursuant to 11 U.S.C. § 727(d) and the Debtor hereby consents to entry of an order revoking his discharge should he fail to timely make the required Settlement Payments.

Page 3 of 3
Debtor:      Anthony Pardo
Case No.:    13-17762
Caption:     Order Resolving Motion to Vacate Orders

3.      To the extent that the Debtor fails to make the required Settlement Payments, the

Trustee shall file a certification of default with the Court on notice to the Debtor.  Should the

Debtor fail to cure the default within fourteen (14) days of the filing of a certification of default,

the Court shall enter a judgment against the Debtor in the Amount of $30,000, less any amounts

previously remitted (the "Judgment Amount"), and shall additionally enter into an order

revoking discharge following a hearing on notice to Debtor and counsel.

4.      Once payment of the Settlement Amount, or the Judgment Amount if applicable,

is received by the Trustee in full, the Trustee will file a notice of abandonment of the estate's

interest in the real property located at 123 Colonial Court, Galloway, New Jersey, and will also

provide the Debtor with a warrant of satisfaction as to the orders entered on January 28, 2016

and February 26, 2016.

5.      Assuming payment of the Settlement Amount in full, the Trustee agrees not to file

a complaint objecting to the Debtor's discharge.

6.      The parties hereto shall execute any and all documents and pleadings reasonably

necessary to implement all of the foregoing provisions.

7.      The parties, and anyone who succeeds to their rights and responsibilities

hereunder, including their successors and/or assigns, are bound by this Order.  This Order is

made for the benefit of the parties and all who succeed to their rights and responsibilities.

8.      The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters

arising under or in connection with this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-17762-JKS
Anthony Pardo                                                           Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Nov 01, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
db            +Anthony Pardo,   505 Jerusalem Road,   Scotch Plains, NJ 07076-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
          Adam G Brief    on behalf of Trustee Steven P. Kartzman ,
           kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
          Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A. cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Green Tree Servicing, LLC cmecf@sternlav.com
          Joseph R Zapata, Jr.   on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael G Brucki    on behalf of Debtor Anthony  Pardo office@bruckilaw.com
          Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
          R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized Servicer for
           Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
           Mortgage Services, LP dnj@pbslaw.org
          Salvatore  Carollo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC scarollo@logs.com,
           njbankruptcynotifications@logs.com
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                              TOTAL: 17