Form dyrvdsc – ntcdydscv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 13−17762−JKS
      Chapter: 7
      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Pardo
   505 Jerusalem Road
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−5085

Employer's Tax I.D. No.:

### NOTICE OF ENTRY OF ORDER
### DENYING OR REVOKING DEBTOR'S DISCHARGE

You are hereby notified that an order denying or revoking the:

- ☑ debtor's
- ☐ joint debtor's

discharge was entered in this case on .

Dated: December 5, 2016
JJW: zlh

      James J. Waldron
      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-17762-JKS
Anthony Pardo                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2            Date Rcvd: Dec 05, 2016
                            Form ID: dyrvdsc         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.

```
db          +Anthony Pardo,    505 Jerusalem Road,    Scotch Plains, NJ 07076-2010
aty         +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
              Morris Plains, NJ 07950-1287
aty         +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Morris Plains, NJ 07950-1287
cr          +Bank of America, N.A.,    Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,,
              Suite 302,   Roseland, NJ 07068-1640
cr          +Green Tree Servicing, LLC,    105 Eisenhower Parkway,    Roseland, NJ 07068-1640
cr          +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
              Suite 302,   Roseland, NJ 07068-1640
513834304   +Akron Billing Center,    2620 Ridgewood Road,    Akron, OH 44313-3507
513834295   +American Express,    200 Vesey Street,    New York, NY 10285-0002
513834289   +Bank of America,    100 N. Tyron Street,    Charlotte, NC 28255-0001
515481240    Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
513834297   +Capital One Bank,    1680 Capital One Drive,    McLean, VA 22102-3407
513834287   +Chase Bank,    270 Park Avenue,    New York, NY 10017-2070
513834299    Emergency Physician Associates of North,    P.O. Box 740021,    Cincinnati, OH 45274-0021
513834296   +HSBC/ Yamaha,    P.O. Box 2013,    Buffalo, NY 14240-2013
513834300   +Overlook Medical Center,    P.O. Box 35611,    Newark, New Jersey 07193-5611
513834286   +PSE&G c/o Harris & Harris, Ltd.,    222 Merchandise Plaza,    Suite 1900,
              Chicago, IL 60654-1421
513834288   +Retro Fitness Kenilworth,    505 N. Michigan Avenue,    Kenilworth, NJ 07033-1076
513834302   +Snap On Tools,    2801 80th Street,    Kenosha, WI 53143-5699
513834301   +The Home Depot c/o ARSI,    555 St. Charles Dr.,    Suite 110,    Thousand Oaks, CA 91360-3982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
app         +E-mail/Text: atkinsappraisal@aol.com Dec 05 2016 23:17:41      A. Atkins Appraisal Corp.,
              122 Clinton Road,    Fairfield, NJ 07004-2900
cr           E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2016 23:09:47      GE CAPITAL RETAIL BANK,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Dec 05 2016 23:17:36
              Green Tree Servicing LLC, as authorized Servicer f,    PO Box 6154,    Rapid City, SD 57709-6154
513834298    E-mail/Text: mrdiscen@discover.com Dec 05 2016 23:17:17      Discover Bank,    P.O. Box 17019,
              Wilmington, DE 19850
515081388    E-mail/Text: mrdiscen@discover.com Dec 05 2016 23:17:17      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
514064730    E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2016 23:09:31      GE Capital Retail Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
513834290   +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2016 23:09:47      GECRB/ Care Credit,
              P.O. Box 960061,    Orlando, FL 32896-0061
513834303   +E-mail/Text: fggbanko@fgny.com Dec 05 2016 23:17:20      Husqvarna,
              c/o Foster, Garbus & Garbus,    7 Banta Place,    Hackensack, New Jersey 07601-5604
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515239831        Nationstar Mortgage LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin               Page 2 of 2                  Date Rcvd: Dec 05, 2016
                               Form ID: dyrvdsc          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:

```
              Adam G Brief    on behalf of Trustee Steven P. Kartzman ,
               kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
              Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Green Tree Servicing, LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A. cmecf@sternlav.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael G Brucki    on behalf of Debtor Anthony  Pardo office@bruckilaw.com
              Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized Servicer for
                Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
                Mortgage Services, LP dnj@pbslaw.org
              Salvatore  Carollo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC scarollo@logs.com,
               njbankruptcynotifications@logs.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 17
```