**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on December 5, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| ANTHONY PARDO, | Chapter 7 |
| Debtor. | Case No.: 13-17762 (JKS) |
| | Honorable John K. Sherwood |

**JUDGMENT AGAINST THE DEBTOR FOR SUM CERTAIN
AND DENYING THE DEBTOR'S DISCHARGE PURSUANT TO
THE COURT'S ORDER RESOLVING MOTION TO VACATE ORDERS**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 5, 2016**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:     Anthony Pardo
Case No.:   13-17762 (JKS)
Caption:    Judgment Against the Debtor Pursuant to the Court's Order Resolving Motion to Vacate Orders for Sum Certain and Denying the Debtor's Discharge

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, on the Certification in Support of the Request for Judgment Against the Debtor Pursuant to the Court's Order Resolving Motion to Vacate Orders for Sum Certain and Denying the Debtor's Discharge (the "Certification"); and notice of the Certification having been duly served; and the Court having considered the arguments of the parties, if any, and good cause having been shown, it is hereby

ORDERED AS FOLLOWS:

1. Judgment be, and is hereby, entered in favor of the Trustee and against the Debtor for $30,000.

2. To the extent that the Debtor has received a discharge, judgment be, and is hereby, entered in favor of the Trustee revoking the Debtor's Chapter 7 discharge.

3. To the extent that a discharge has not previously been granted to the Debtor, judgment be, and is hereby, entered denying the Debtor a discharge.

4. A copy of this Judgment shall be served on the Debtor and Debtor's counsel within five (5) days from the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 13-17762-JKS
Anthony Pardo                                                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Dec 05, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.
db            +Anthony Pardo,    505 Jerusalem Road,    Scotch Plains, NJ 07076-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:
      Adam G Brief    on behalf of Trustee Steven P. Kartzman ,
       kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
      Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC bkecf@milsteadlaw.com,
       alubin@milsteadlaw.com
      Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A. cmecf@sternlav.com
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
      Jeanette F. Frankenberg    on behalf of Creditor    Green Tree Servicing, LLC cmecf@sternlav.com
      Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Michael G Brucki    on behalf of Debtor Anthony  Pardo office@bruckilaw.com
      Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
      R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       bankruptcy@feinsuch.com
      Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized Servicer for
       Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
       Mortgage Services, LP dnj@pbslaw.org
      Salvatore  Carollo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC scarollo@logs.com,
       njbankruptcynotifications@logs.com
      Steven P. Kartzman     kartztee@optonline.net,
       jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
      Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
       jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
      William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                               TOTAL: 17