UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mellinger, Sanders & Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
Attorneys for Trustee
Steven P. Kartzman, Esq.

**Order Filed on January 20, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTHONY PARDO

| | |
|---|---|
| Case No.: | 13-17762 |
| Chapter: | 7 |
| Judge: | JKS |

## ORDER AUTHORIZING RETENTION OF

## REALTOR

The relief set forth on the following page is **ORDERED**.

**DATED: January 20, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ Galloway Real Estate _____

as _____ Realtor _____, it is hereby ORDERED:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

       The professional's address is:   213 E. Collins Road

                                   Galloway, NJ 08205

2.     Compensation will be paid in such amounts as may be allowed by the Court on proper
application(s).

3.     If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

       ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

       ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
13 case. Payment to the professional may only be made after satisfactory completion of
services.

4.     The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Anthony Pardo
      Debtor

Case No. 13-17762-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 1       Date Rcvd: Jan 20, 2017
                       Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
db              +Anthony Pardo,     505 Jerusalem Road,     Scotch Plains, NJ 07076-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
      Adam G Brief    on behalf of Trustee Steven P. Kartzman ,
      kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
      Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC bkecf@milsteadlaw.com,
      alubin@milsteadlaw.com
      Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A. cmecf@sternlav.com
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
      Jeanette F. Frankenberg    on behalf of Creditor    Green Tree Servicing, LLC cmecf@sternlav.com
      Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Michael G Brucki    on behalf of Debtor Anthony  Pardo office@bruckilaw.com
      Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
      R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
      bankruptcy@feinsuch.com
      Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized Servicer for
      Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
      Mortgage Services, LP dnj@pbslaw.org
      Salvatore Carollo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC scarollo@logs.com,
      njbankruptcynotifications@logs.com
      Steven P. Kartzman    kartztee@optonline.net,
      jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
      Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
      jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
      William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                              TOTAL: 18