UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 13-17762 (JKS) |
| ANTHONY PARDO, | Chapter | 7 |
| Debtor. | Judge: | John K. Sherwood |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street, P.O. Box 1352<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on November 28, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:** The Debtor failed to disclose an ownership interest in certain real property located at 123 Colonial Court, Galloway, NJ (the "Property"). Rocco Pardo and Josephine Pardo, the Debtor's parents (the "Pardos"), filed an action in the Chancery Division (the "Chancery Court Action"), asserting an equitable interest in the Property and for, *inter alia*, quiet title. The Trustee asserted a defense to the same as legal title to the Property remains in the name of the Debtor. Based on the Trustee's investigation, the Property has a net value of $50,000 to $60,000 after costs of sale. The Pardos assert that while legal title is in the name of the Debtor, the Pardos are the true owners, and as such, paid off a purchaser money mortgage, as well as, carrying costs for the Property for over 15 years.

**Pertinent terms of settlement:** The Pardos shall pay the Estate the sum of $9,500 within fourteen (14) days of the entry of the Consent Order. In exchange, the Trustee shall abandon the Estate's interest in Property. The Trustee believes that the settlement is in the best interests of the estate as it maximizes value and will avoid unnecessary litigation, the cost of which would necessarily diminish any additional recovery.

Objections must be served on, and requests for additional information directed to:

Name:       /s/ Steven P. Kartzman, Esq., c/o Mellinger, Sanders & Kartzman, LLC

Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950

Telephone No.: 973-267-0220

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                     Case No. 13-17762-JKS
Anthony Pardo                                                              Chapter 7
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2           Date Rcvd: Oct 27, 2017
                               Form ID: pdf905              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db           +Anthony Pardo,    505 Jerusalem Road,    Scotch Plains, NJ 07076-2010
aty          +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Morris Plains, NJ 07950-1287
aty          +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
               Morris Plains, NJ 07950-1287
cr           +Bank of America, N.A.,    Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,,
               Suite 302,   Roseland, NJ 07068-1640
r            +Galloway Real Estate,    213 E. Collins Road,    Galloway, NJ 08205-3753
cr           +Green Tree Servicing, LLC,    105 Eisenhower Parkway,   Roseland, NJ 07068-1640
r            +Kellar Williams Realty Atlantic Shore,    802 tilton Road,   Northfield, NJ 08225-1233
r            +Keller Williams Realty Atlantic Shore,    802 Tilton Road,   Northfield, NJ 08225-1233
cr           +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
               Suite 302,   Roseland, NJ 07068-1640
513834304    +Akron Billing Center,    2620 Ridgewood Road,    Akron, OH 44313-3507
513834295    +American Express,    200 Vesey Street,    New York, NY 10285-0002
513834289    +Bank of America,    100 N. Tyron Street,    Charlotte, NC 28255-0001
515481240     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
513834297    +Capital One Bank,    1680 Capital One Drive,    McLean, VA 22102-3407
513834287    +Chase Bank,    270 Park Avenue,   New York, NY 10017-2070
513834299     Emergency Physician Associates of North,    P.O. Box 740021,    Cincinnati, OH 45274-0021
513834296    +HSBC/ Yamaha,    P.O. Box 2013,   Buffalo, NY 14240-2013
513834300    +Overlook Medical Center,    P.O. Box 35611,    Newark, New Jersey 07193-5611
513834288    +Retro Fitness Kenilworth,    505 N. Michigan Avenue,    Kenilworth, NJ 07033-1076
513834302    +Snap On Tools,    2801 80th Street,   Kenosha, WI 53143-5699
513834301    +The Home Depot c/o ARSI,    555 St. Charles Dr.,    Suite 110,   Thousand Oaks, CA 91360-3982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 23:27:03      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 23:27:00      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
app          +E-mail/Text: atkinsappraisal@aol.com Oct 27 2017 23:26:50      A. Atkins Appraisal Corp.,
               122 Clinton Road,    Fairfield, NJ 07004-2900
cr            E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 23:29:02      GE CAPITAL RETAIL BANK,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
cr           +E-mail/Text: bankruptcy.bnc@ditech.com Oct 27 2017 23:26:48
               Green Tree Servicing LLC, as authorized Servicer f,    PO Box 6154,   Rapid City, SD 57709-6154
513834298     E-mail/Text: mrdiscen@discover.com Oct 27 2017 23:26:22      Discover Bank,   P.O. Box 17019,
               Wilmington, DE 19850
515081388     E-mail/Text: mrdiscen@discover.com Oct 27 2017 23:26:22      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
514064730     E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 23:28:36      GE Capital Retail Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
513834290    +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 23:28:36      GECRB/ Care Credit,
               P.O. Box 960061,    Orlando, FL 32896-0061
513834303    +E-mail/Text: fggbanko@fgny.com Oct 27 2017 23:26:26      Husqvarna,
               c/o Foster, Garbus & Garbus,    7 Banta Place,   Hackensack, New Jersey 07601-5604
513834286    +E-mail/Text: Harris@ebn.phinsolutions.com Oct 27 2017 23:28:11
               PSE&G c/o Harris & Harris, Ltd.,    222 Merchandise Plaza,    Suite 1900,
               Chicago, IL 60654-1421
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515239831      Nationstar Mortgage LLC
                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2017                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 27, 2017
                              Form ID: pdf905          Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Adam G Brief     on behalf of Trustee Steven P. Kartzman ,
               kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
              Andrew M. Lubin     on behalf of Creditor     Nationstar Mortgage LLC bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon     on behalf of Creditor     Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg     on behalf of Creditor     Nationstar Mortgage LLC cmecf@sternlav.com
              Jeanette F. Frankenberg     on behalf of Creditor     Green Tree Servicing, LLC cmecf@sternlav.com
              Jeanette F. Frankenberg     on behalf of Creditor     Bank of America, N.A. cmecf@sternlav.com
              Joseph R Zapata, Jr.     on behalf of Defendant Steven P. Kartzman jzapata@msklaw.net
              Joseph R Zapata, Jr.     on behalf of Defendant Joseph  Zapata, Jr. jzapata@msklaw.net
              Joseph R Zapata, Jr.     on behalf of Defendant    Mellinger, Sanders & Kartzman, LLC
               jzapata@msklaw.net
              Joseph R Zapata, Jr.     on behalf of Defendant    The Estate of Anthony Pardo jzapata@msklaw.net
              Joseph R Zapata, Jr.     on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Joshua I. Goldman     on behalf of Creditor     Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael G Brucki     on behalf of Debtor Anthony  Pardo office@bruckilaw.com
              Nicole Alison Corona     on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
              R. A. Lebron     on behalf of Creditor      JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Robert P. Saltzman     on behalf of Creditor     Green Tree Servicing LLC, as authorized Servicer for
                Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
                Mortgage Services, LP dnj@pbslaw.org
              Salvatore  Carollo     on behalf of Creditor     NATIONSTAR MORTGAGE LLC scarollo@logs.com,
               njbankruptcynotifications@logs.com
              Steven P. Kartzman     on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;angiea@msklaw.net;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;angiea@msklaw.net;jloewenstein@msklaw.net
              Steven P. Kartzman     on behalf of Defendant Steven P. Kartzman kartzaty@optonline.net,
               jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
              William M.E. Powers     on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III     on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 23
```