UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 13-17762 JKS |
| ANTHONY PARDO | Chapter: | 7 |
| | Judge: | John K. Sherwood |

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    U.S. Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on March 20, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:  123 Colonial Court, Galloway, NJ
>
> Valued at about $50,000
>
> Pursuant to a settlement with Rocco and Josephine Pardo, the estate was paid $9500, and agreed to abandon the estates legal interest in this condo unit in light of the facts supporting the Pardos' claim that they held a 100% equitable interest in this condo unit.  See Dkt #171.

> Liens on property:  0

> Amount of equity claimed as exempt:  $0

Objections must be served on, and requests for additional information directed to:

Name:          */s/ Steven P. Kartzman*

Address:       101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 13-17762-JKS
Anthony Pardo                                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Feb 26, 2018
                              Form ID: pdf905          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
```
db              +Anthony Pardo,    505 Jerusalem Road,    Scotch Plains, NJ 07076-2010
aty             +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Morris Plains, NJ 07950-1287
aty             +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
                  Morris Plains, NJ 07950-1287
cr              +Bank of America, N.A.,    Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,,
                  Suite 302,    Roseland, NJ 07068-1640
r               +Galloway Real Estate,    213 E. Collins Road,    Galloway, NJ 08205-3753
cr              +Green Tree Servicing, LLC,    105 Eisenhower Parkway,    Roseland, NJ 07068-1640
r               +Kellar Williams Realty Atlantic Shore,    802 tilton Road,    Northfield, NJ 08225-1233
r               +Keller Williams Realty Atlantic Shore,    802 Tilton Road,    Northfield, NJ 08225-1233
cr              +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                  Suite 302,    Roseland, NJ 07068-1640
513834304       +Akron Billing Center,    2620 Ridgewood Road,    Akron, OH 44313-3507
513834295       +American Express,    200 Vesey Street,    New York, NY 10285-0002
513834289       +Bank of America,    100 N. Tyron Street,    Charlotte, NC 28255-0001
515481240        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
513834297       +Capital One Bank,    1680 Capital One Drive,    McLean, VA 22102-3407
513834287       +Chase Bank,    270 Park Avenue,    New York, NY 10017-2070
513834299        Emergency Physician Associates of North,    P.O. Box 740021,    Cincinnati, OH 45274-0021
513834296       +HSBC/ Yamaha,    P.O. Box 2013,    Buffalo, NY 14240-2013
513834300       +Overlook Medical Center,    P.O. Box 35611,    Newark, New Jersey 07193-5611
513834288       +Retro Fitness Kenilworth,    505 N. Michigan Avenue,    Kenilworth, NJ 07033-1076
513834302       +Snap On Tools,    2801 80th Street,    Kenosha, WI 53143-5699
513834301       +The Home Depot c/o ARSI,    555 St. Charles Dr.,    Suite 110,    Thousand Oaks, CA 91360-3982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2018 00:05:43      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2018 00:05:42      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
app             +E-mail/Text: atkinsappraisal@aol.com Feb 27 2018 00:05:35      A. Atkins Appraisal Corp.,
                  122 Clinton Road,    Fairfield, NJ 07004-2900
cr               E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      GE CAPITAL RETAIL BANK,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
cr              +E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2018 00:05:33
                  Green Tree Servicing LLC, as authorized Servicer f,    PO Box 6154,    Rapid City, SD 57709-6154
513834298        E-mail/Text: mrdiscen@discover.com Feb 27 2018 00:05:12      Discover Bank,    P.O. Box 17019,
                  Wilmington, DE 19850
515081388        E-mail/Text: mrdiscen@discover.com Feb 27 2018 00:05:12      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
514064730        E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      GE Capital Retail Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
513834290       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      GECRB/ Care Credit,
                  P.O. Box 960061,    Orlando, FL 32896-0061
513834303       +E-mail/Text: fggbanko@fgny.com Feb 27 2018 00:05:14      Husqvarna,
                  c/o Foster, Garbus & Garbus,    7 Banta Place,    Hackensack, New Jersey 07601-5604
513834286       +E-mail/Text: Harris@ebn.phinsolutions.com Feb 27 2018 00:06:26
                  PSE&G c/o Harris & Harris, Ltd.,    222 Merchandise Plaza,    Suite 1900,
                  Chicago, IL 60654-1421
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515239831       Nationstar Mortgage LLC
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                     Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 26, 2018
                              Form ID: pdf905          Total Noticed: 32
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Adam G Brief    on behalf of Trustee Steven P. Kartzman ,
               kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
              Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Green Tree Servicing, LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A. cmecf@sternlav.com
              Joseph R Zapata, Jr.    on behalf of Defendant Steven P. Kartzman jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Defendant Joseph  Zapata, Jr. jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Defendant    Mellinger, Sanders & Kartzman, LLC
               jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Defendant    The Estate of Anthony Pardo jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael G Brucki    on behalf of Debtor Anthony  Pardo office@bruckilaw.com
              Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized Servicer for
               Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
               Mortgage Services, LP dnj@pbslaw.org
              Salvatore  Carollo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC scarollo@logs.com,
               njbankruptcynotifications@logs.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               kartztee@optonline.net,   jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Defendant Steven P. Kartzman kartzaty@optonline.net,
               jzapata@msklaw.net;jloewenstein@msklaw.net
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 24
```