**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven P. Kartzman, Esq.
Tel. (973) 267-0220
*Attorneys for Trustee, Steven P. Kartzman*

Order Filed on October 18, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| **ANTHONY PARDO,** | Chapter 7 |
| **Debtor.** | Case No. 13-17762 (JKS) |
| | The Honorable John K. Sherwood |

### ORDER COMPELLING COMPLIANCE WITH SUBPOENA IN CASE UNDER THE BANKRUPTCY CODE AND FINDING ANTHONY PARDO IN CIVIL CONTEMPT AND AWARDING TRUSTEE ATTORNEY'S FEES AND COSTS

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 18, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:     Anthony Pardo
Case No.:   13-17762 (JKS)
Caption:    Order Compelling Compliance with Subpoena in Case Under The Bankruptcy Code, and for Sanctions

---

This matter having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), on Notice of Motion for the entry of an Order Compelling Anthony Pardo to comply with a Subpoena in a Case Under the Bankruptcy Code, and for Sanctions (the "Motion"); and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Anthony Pardo shall produce to the Trustee the documents requested on Schedule A to the Subpoena in a Case Under the Bankruptcy Code, within ten (10) days from the date of this Order, and shall appear for a Rule 2004 deposition within fourteen (14) days from the date of this Order.

2. Anthony Pardo, having failed to comply with the Subpoena in a Case Under the Bankruptcy Code, is found to be in civil contempt. Sanctions shall be imposed against Anthony Pardo in an amount equal to the Trustee's attorneys fees and costs incurred in connection with obtaining this Order.

3. The Trustee shall be allowed reasonable attorneys' fees and expenses incurred in connection with the preparation, filing and prosecution of the Motion. The Trustee shall submit to the Court, a certification detailing the fees and expenses incurred, along with a proposed order, on notice to Anthony Pardo.

4. In the event that Anthony Pardo fails to comply with this Order, and upon the filing of an application by the Trustee on notice to Anthony Pardo, Anthony Pardo may be sanctioned $100 per day until he has produced to the Trustee all of the documents requested in Schedule A to the Subpoena and has appeared for a Rule 2004 Deposition.

Debtor:     Anthony Pardo
Case No.:   13-17762 (JKS)
Caption:    Order Compelling Compliance with Subpoena in Case Under The Bankruptcy Code, and for Sanctions

---

5. A copy of this Order shall be served on all parties hereto within three (3) days from the date hereof.