**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven P. Kartzman, Esq.
Tel. (973) 267-0220
*Attorneys for Trustee, Steven P. Kartzman*

Order Filed on October 18, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In re:<br><br>**ANTHONY PARDO,**<br><br>                              **Debtor.** | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 7<br><br>Case No. 13-17762 (JKS)<br><br>The Honorable John K. Sherwood |

**ORDER COMPELLING COMPLIANCE WITH SUBPOENA IN CASE UNDER THE BANKRUPTCY CODE AND FINDING ANTHONY PARDO IN CIVIL CONTEMPT AND AWARDING TRUSTEE ATTORNEY'S FEES AND COSTS**

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 18, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Anthony Pardo
Case No.: 13-17762 (JKS)
Caption: Order Compelling Compliance with Subpoena in Case Under The Bankruptcy Code, and for Sanctions

This matter having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), on Notice of Motion for the entry of an Order Compelling Anthony Pardo to comply with a Subpoena in a Case Under the Bankruptcy Code, and for Sanctions (the "Motion"); and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Anthony Pardo shall produce to the Trustee the documents requested on Schedule A to the Subpoena in a Case Under the Bankruptcy Code, within ten (10) days from the date of this Order, and shall appear for a Rule 2004 deposition within fourteen (14) days from the date of this Order.

2. Anthony Pardo, having failed to comply with the Subpoena in a Case Under the Bankruptcy Code, is found to be in civil contempt. Sanctions shall be imposed against Anthony Pardo in an amount equal to the Trustee's attorneys fees and costs incurred in connection with obtaining this Order.

3. The Trustee shall be allowed reasonable attorneys' fees and expenses incurred in connection with the preparation, filing and prosecution of the Motion. The Trustee shall submit to the Court, a certification detailing the fees and expenses incurred, along with a proposed order, on notice to Anthony Pardo.

4. In the event that Anthony Pardo fails to comply with this Order, and upon the filing of an application by the Trustee on notice to Anthony Pardo, Anthony Pardo may be sanctioned $100 per day until he has produced to the Trustee all of the documents requested in Schedule A to the Subpoena and has appeared for a Rule 2004 Deposition.

Debtor:     Anthony Pardo
Case No.:   13-17762 (JKS)
Caption:    Order Compelling Compliance with Subpoena in Case Under The Bankruptcy Code, and for Sanctions

5. A copy of this Order shall be served on all parties hereto within three (3) days from the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-17762-JKS
Anthony Pardo                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin            Page 1 of 1            Date Rcvd: Oct 18, 2018
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db            +Anthony Pardo,   505 Jerusalem Road,   Scotch Plains, NJ 07076-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
     Adam G Brief    on behalf of Trustee Steven P. Kartzman ,
      kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
     Andrew M. Lubin    on behalf of Creditor   Nationstar Mortgage LLC bkecf@milsteadlaw.com,
      alubin@milsteadlaw.com
     Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Jeanette F. Frankenberg    on behalf of Creditor   Green Tree Servicing, LLC cmecf@sternlav.com
     Jeanette F. Frankenberg    on behalf of Creditor   Bank of America, N.A. cmecf@sternlav.com
     Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
     Joseph R Zapata, Jr.    on behalf of Defendant Joseph  Zapata, Jr. jzapata@msklaw.net
     Joseph R Zapata, Jr.    on behalf of Defendant    Mellinger, Sanders & Kartzman, LLC
      jzapata@msklaw.net
     Joseph R Zapata, Jr.    on behalf of Defendant    The Estate of Anthony Pardo jzapata@msklaw.net
     Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
     Joseph R Zapata, Jr.    on behalf of Defendant Steven P. Kartzman jzapata@msklaw.net
     Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Joshua I. Goldman    on behalf of Creditor   Bank of America, N.A. jgoldman@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Michael G Brucki    on behalf of Debtor Anthony  Pardo office@bruckilaw.com
     Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
     R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
      bankruptcy@feinsuch.com
     Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized Servicer for
      Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
      Mortgage Services, LP dnj@pbslaw.org
     Salvatore Carollo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC scarollo@logs.com,
      njbankruptcynotifications@logs.com
     Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
      kartztee@optonline.net,   jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
     Steven P. Kartzman    kartztee@optonline.net,
      jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
     Steven P. Kartzman    on behalf of Defendant Steven P. Kartzman kartztaty@optonline.net,
      jzapata@msklaw.net;jloewenstein@msklaw.net
     Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
      jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
     William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
     William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                          TOTAL: 24