UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:          _____

Adv. Pro. No.: _____

Chapter:          _____

Hearing Date:  _____

Judge:             _____

## ADJOURNMENT REQUEST

1.     I, _____,

☐     am the attorney for: _____,

☐     am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _____

Current hearing date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

2.     Consent to adjournment:

☐  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.


Date: _____          _____
                                                                          Signature




**COURT USE ONLY:** _____


The request for adjournment is:

XX  Granted            New hearing date: _____          ☐  Peremptory


☐  Granted over objection(s)   New hearing date: _____          ☐  Peremptory


☐  Denied




**IMPORTANT: If your request is granted, you must notify interested**

**parties who are not electronic filers of the new hearing date.**




*new.9/23/15*

2