**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven P. Kartzman, Esq.
Tel. (973) 267-0220
*Attorneys for Trustee, Steven P. Kartzman*

Order Filed on November 5, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In re:<br><br>**ANTHONY PARDO,**<br><br>                              **Debtor.** | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 7<br><br>Case No. 13-17762 (JKS)<br><br>The Honorable John K. Sherwood |

**ORDER ENFORCING ORDER COMPELLING COMPLIANCE WITH SUBPOENA IN CASE UNDER THE BANKRUPTCY CODE, FINDING ANTHONY PARDO IN CIVIL CONTEMPT, AND SANCTIONING ANTHONY PARDO**

The relief set forth on the following page, numbered two (2), is hereby

**ORDERED**.

**DATED: November 5, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Anthony Pardo
Case No.: 13-17762 (JKS)
Caption: Order Enforcing Order Compelling Compliance with Subpoena in Case Under The Bankruptcy Code, Finding Anthony Pardo in Civil Contempt, and Sanctioning Anthony Pardo

---

This matter having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), on Notice of Motion for the entry of an Order Pursuant to 11 U.S.C. § 105 (i) Enforcing the Court's Order of October 18, 2018; (ii) Finding the Debtor in Further Civil Contempt; (iii) Awarding Trsutee Attorney's Fees and Costs; and (iv) Imposing Sanctions Against the Debtor (the "Motion"); and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Anthony Pardo shall comply with the terms of the Order Compelling Compliance with Subpoena in Case Under the Bankruptcy Code and for Sanctions (Dkt #179) within ten (10) days from the date of this Order, and shall appear for a Rule 2004 deposition within twenty (20) days from the date of this Order.

2. Anthony Pardo, having knowingly failed to comply with a valid order of this Court, is found to be in civil contempt. Sanctions shall be imposed against Anthony Pardo as follows: (i) Anthony Pardo shall pay to the Trustee the sum of $100 per day if he does not produce all of the documents requested in Schedule A to the Subpoena or if he fails to appear for a deposition by the deadlines set forth above; and (ii) Anthony Pardo shall pay the Trustee $500 for the costs of this Motion.

3. A copy of this Order shall be served on all parties hereto within three (3) days from the date hereof.