**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven P. Kartzman, Esq.
Tel. (973) 267-0220
*Attorneys for Trustee, Steven P. Kartzman*

Order Filed on November 5, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| **In re:**<br><br>**ANTHONY PARDO,**<br><br>                    **Debtor.** | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 7<br><br>Case No. 13-17762 (JKS)<br><br>The Honorable John K. Sherwood |

**ORDER ENFORCING ORDER COMPELLING COMPLIANCE WITH SUBPOENA IN
CASE UNDER THE BANKRUPTCY CODE, FINDING ANTHONY PARDO IN
CIVIL CONTEMPT, AND SANCTIONING ANTHONY PARDO**

---

The relief set forth on the following page, numbered two (2), is hereby

**ORDERED**.

**DATED: November 5, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Anthony Pardo |
| Case No.: | 13-17762 (JKS) |
| Caption: | Order Enforcing Order Compelling Compliance with Subpoena in Case Under The Bankruptcy Code, Finding Anthony Pardo in Civil Contempt, and Sanctioning Anthony Pardo |

This matter having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), on Notice of Motion for the entry of an Order Pursuant to 11 U.S.C. § 105 (i) Enforcing the Court's Order of October 18, 2018; (ii) Finding the Debtor in Further Civil Contempt; (iii) Awarding Trsutee Attorney's Fees and Costs; and (iv) Imposing Sanctions Against the Debtor (the "Motion"); and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1.      Anthony Pardo shall comply with the terms of the Order Compelling Compliance with Subpoena in Case Under the Bankruptcy Code and for Sanctions (Dkt #179) within ten (10) days from the date of this Order, and shall appear for a Rule 2004 deposition within twenty (20) days from the date of this Order.

2.      Anthony Pardo, having knowingly failed to comply with a valid order of this Court, is found to be in civil contempt. Sanctions shall be imposed against Anthony Pardo as follows: (i) Anthony Pardo shall pay to the Trustee the sum of $100 per day if he does not produce all of the documents requested in Schedule A to the Subpoena or if he fails to appear for a deposition by the deadlines set forth above; and (ii) Anthony Pardo shall pay the Trustee $500 for the costs of this Motion.

3.      A copy of this Order shall be served on all parties hereto within three (3) days from the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 13-17762-JKS
Anthony Pardo                                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Nov 05, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db            +Anthony Pardo,    505 Jerusalem Road,    Scotch Plains, NJ 07076-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                              Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
          Adam G Brief    on behalf of Trustee Steven P. Kartzman ,
          kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
          Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Green Tree Servicing, LLC cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A. cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Joseph R Zapata, Jr.    on behalf of Defendant Joseph  Zapata, Jr. jzapata@msklaw.net
          Joseph R Zapata, Jr.    on behalf of Defendant    Mellinger, Sanders & Kartzman, LLC
          jzapata@msklaw.net
          Joseph R Zapata, Jr.    on behalf of Defendant    The Estate of Anthony Pardo jzapata@msklaw.net
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Joseph R Zapata, Jr.    on behalf of Defendant Steven P. Kartzman jzapata@msklaw.net
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Michael G Brucki    on behalf of Debtor Anthony  Pardo office@bruckilaw.com
          Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
          R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bankruptcy@feinsuch.com
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized Servicer for
          Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
          Mortgage Services, LP dnj@pbslaw.com
          Salvatore Carollo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC scarollo@logs.com,
          njbankruptcynotifications@logs.com
          Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
          kartztee@optonline.net ,  jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    on behalf of Defendant Steven P. Kartzman kartzaty@optonline.net,
          jzapata@msklaw.net;jloewenstein@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                              TOTAL: 24