| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Anthony Pardo,<br><br>        Debtor. | Case No.: 13-17762-JKS<br><br>Chapter: 7<br><br>Hearing Date: November 5, 2019<br><br>Judge: John K. Sherwood |

Order Filed on November 14, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

# ORDER DENYING DEBTOR'S CROSS-MOTION REGARDING VACATION AND REMOVAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Anthony Pardo
Case no.: 13-17762-JKS
Caption of Order: Order Denying Debtor's Cross-Motion Regarding Vacation and Removal

---

A cross-motion having been filed on October 23, 2019 by Anthony Pardo (the "Debtor") for (a) the immediate substitution of the Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), for the appointment of an alternate Successor Trustee, (b) an Accounting of the Estate by the Trustee for his tenure as Trustee, (c) a Certification of Services by the Trustee and Mellinger, Sanders & Kartzman, LLC pursuant to R.P.C. 1.5 and in compliance with 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016 and the disgorgement of any excessive fees obtained contrary to same, (d) the Vacation of all Orders and Judgments the Trustee obtained against the Debtor, and (e) the granting of the Debtor's chapter 7 discharge or converting of the Debtor's case to one under chapter 13 of the Bankruptcy Code (the "Cross-Motion"); and all interested parties having been duly served; and for the reasons set forth on the record on November 5, 2019, it is hereby,

ORDERED that the Cross-Motion is denied.