| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.: 13-17762-JKS |
| Anthony Pardo, | Chapter: 7 |
| Debtor. | Hearing Date: November 5, 2019 |
| | Judge: John K. Sherwood |

Order Filed on November 14, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

# ORDER DENYING DEBTOR'S CROSS-MOTION REGARDING VACATION AND REMOVAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:             Anthony Pardo
Case no.:           13-17762-JKS
Caption of Order:   Order Denying Debtor's Cross-Motion Regarding Vacation and Removal

---

A cross-motion having been filed on October 23, 2019 by Anthony Pardo (the "Debtor") for (a) the immediate substitution of the Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), for the appointment of an alternate Successor Trustee, (b) an Accounting of the Estate by the Trustee for his tenure as Trustee, (c) a Certification of Services by the Trustee and Mellinger, Sanders & Kartzman, LLC pursuant to R.P.C. 1.5 and in compliance with 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016 and the disgorgement of any excessive fees obtained contrary to same, (d) the Vacation of all Orders and Judgments the Trustee obtained against the Debtor, and (e) the granting of the Debtor's chapter 7 discharge or converting of the Debtor's case to one under chapter 13 of the Bankruptcy Code (the "Cross-Motion"); and all interested parties having been duly served; and for the reasons set forth on the record on November 5, 2019, it is hereby,

ORDERED that the Cross-Motion is denied.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-17762-JKS
Anthony Pardo                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin               Page 1 of 1            Date Rcvd: Nov 14, 2019
                                Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
db              +Anthony Pardo,    505 Jerusalem Road,    Scotch Plains, NJ 07076-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
              Adam G Brief    on behalf of Trustee Steven P. Kartzman ,
               kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
              Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Green Tree Servicing, LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A. cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Joseph R Zapata, Jr.    on behalf of Defendant Joseph  Zapata, Jr. jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Defendant    Mellinger, Sanders & Kartzman, LLC
               jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Defendant    The Estate of Anthony Pardo jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Defendant Steven P. Kartzman jzapata@msklaw.net
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael G Brucki    on behalf of Debtor Anthony  Pardo office@bruckilaw.com
              Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized Servicer for
               Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
               Mortgage Services, LP dnj@pbslaw.org
              Salvatore Carollo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC scarollo@logs.com,
               njbankruptcynotifications@logs.com
              Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               kartztee@optonline.net,    jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Defendant Steven P. Kartzman kartzaty@optonline.net,
               jzapata@msklaw.net;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 24