Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 13−17762−JKS
    Chapter: 7
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Pardo
   505 Jerusalem Road
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−5085

Employer's Tax I.D. No.:

### Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 1/27/20. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: January 28, 2020
JAN:

                          Jeanne Naughton
                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-17762-JKS
Anthony Pardo                                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 28, 2020
                              Form ID: tsntc           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db          +Anthony Pardo,    505 Jerusalem Road,    Scotch Plains, NJ 07076-2010
aty         +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Morris Plains, NJ 07950-1287
aty         +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
              Morris Plains, NJ 07950-1287
cr          +Bank of America, N.A.,    Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,,
              Suite 302,    Roseland, NJ 07068-1640
r           +Galloway Real Estate,    213 E. Collins Road,    Galloway, NJ 08205-3753
cr          +Green Tree Servicing, LLC,    105 Eisenhower Parkway,    Roseland, NJ 07068-1640
r           +Kellar Williams Realty Atlantic Shore,    802 tilton Road,    Northfield, NJ 08225-1233
r           +Keller Williams Realty Atlantic Shore,    802 Tilton Road,    Northfield, NJ 08225-1233
cr          +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
              Suite 302,    Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 00:00:18      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 00:00:15      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
app         +E-mail/Text: atkinsappraisal@aol.com Jan 28 2020 23:59:44      A. Atkins Appraisal Corp.,
              122 Clinton Road,   Fairfield, NJ 07004-2900
cr           E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 23:54:50      GE CAPITAL RETAIL BANK,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Jan 28 2020 23:59:41
              Green Tree Servicing LLC, as authorized Servicer f,    PO Box 6154,   Rapid City, SD 57709-6154
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              Adam G Brief    on behalf of Trustee Steven P. Kartzman ,
               kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
              Andrew M. Lubin    on behalf of Creditor   Nationstar Mortgage LLC bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor   Green Tree Servicing, LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor   Bank of America, N.A. cmecf@sternlav.com
              Joseph R Zapata, Jr.    on behalf of Defendant Steven P. Kartzman jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Defendant Joseph  Zapata, Jr. jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Defendant    Mellinger, Sanders & Kartzman, LLC
               jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Defendant    The Estate of Anthony Pardo jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Joshua I. Goldman    on behalf of Creditor   Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael G Brucki    on behalf of Debtor Anthony  Pardo office@bruckilaw.com

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jan 28, 2020
                              Form ID: tsntc           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
- R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
- Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized Servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org
- Salvatore Carollo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC scarollo@logs.com, njbankruptcynotifications@logs.com
- Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
- Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
- Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
- Steven P. Kartzman    on behalf of Defendant Steven P. Kartzman kartzaty@optonline.net, jzapata@msklaw.net;jloewenstein@msklaw.net
- William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
- William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com

```
                                                                                   TOTAL: 24
```