

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| In Re:<br><br>Anthony Pardo,<br><br>    Debtor. |

**Order Filed on October 19, 2020**
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    13-17762-JKS

Chapter:    7

Judge:    Hon. John K. Sherwood

# ORDER ENFORCING THE COURT'S ORDER OF NOVEMBER 5, 2019 AND ENTERING JUDGMENT AGAINST ANTHONY PARDO FOR SUM CERTAIN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 19, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:            Anthony Pardo
Case no.:          13-17762-JKS
Caption of Order:  Order Enforcing The Court's Order of November 5, 2019 and Entering
                   Judgment Against Anthony Pardo for Sum Certain

---

**THIS MATTER** having been brought before the Court by motion of Steven P. Kartzman, the court-appointed Chapter 7 Trustee (the "Trustee"), by and through counsel, Mellinger Kartzman LLC, for entry of an Order and Judgment enforcing the Court's Order of November 5, 2019 (the "Motion"); and it appearing that notice of the Motion has been duly served upon the parties concerned; and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any;[1] and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS**:

1. Based upon sanctions imposed by Order entered November 5, 2019, and accrued as of August 7, 2020, Judgment be, and is hereby, entered in favor of the Trustee and against Anthony Pardo in the sum of $26,100.

2. The Trustee shall serve a copy of this Judgment on all interested parties within five (5) days from the date of entry.

---

[1] The Court has seen various correspondence filed by both Debtor's counsel and counsel to the Trustee following the hearing, but will not consider them because they are improper and untimely. The Court will consider the cross-motion filed by the Debtor on October 13, 2020 during the hearing scheduled for November 10, 2020. If the Debtor has good faith basis to seek relief from this Judgment or any other Order of the Court, he must follow the procedures set forth in the Bankruptcy Rules.