

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Anthony Pardo,<br><br>     Debtor. | |

Order Filed on October 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   13-17762-JKS

Chapter:   7

Judge:   Hon. John K. Sherwood

# ORDER ENFORCING THE COURT'S ORDER OF NOVEMBER 5, 2019 AND ENTERING JUDGMENT AGAINST ANTHONY PARDO FOR SUM CERTAIN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 19, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:           Anthony Pardo
Case no.:         13-17762-JKS
Caption of Order: Order Enforcing The Court's Order of November 5, 2019 and Entering Judgment Against Anthony Pardo for Sum Certain

___

**THIS MATTER** having been brought before the Court by motion of Steven P. Kartzman, the court-appointed Chapter 7 Trustee (the "Trustee"), by and through counsel, Mellinger Kartzman LLC, for entry of an Order and Judgment enforcing the Court's Order of November 5, 2019 (the "Motion"); and it appearing that notice of the Motion has been duly served upon the parties concerned; and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any;[1] and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS**:

1. Based upon sanctions imposed by Order entered November 5, 2019, and accrued as of August 7, 2020, Judgment be, and is hereby, entered in favor of the Trustee and against Anthony Pardo in the sum of $26,100.

2. The Trustee shall serve a copy of this Judgment on all interested parties within five (5) days from the date of entry.

---

[1] The Court has seen various correspondence filed by both Debtor's counsel and counsel to the Trustee following the hearing, but will not consider them because they are improper and untimely. The Court will consider the cross-motion filed by the Debtor on October 13, 2020 during the hearing scheduled for November 10, 2020. If the Debtor has good faith basis to seek relief from this Judgment or any other Order of the Court, he must follow the procedures set forth in the Bankruptcy Rules.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 13-17762-JKS |
| Anthony Pardo | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 19, 2020 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + | Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 21, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G Brief | |
| | on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net |
| Alberico De Pierro | |
| | on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | |
| | on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com |
| Andrew M. Lubin | |
| | on behalf of Creditor Nationstar Mortgage LLC bkecf@milsteadlaw.com alubin@milsteadlaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Case 13-17762-JKS    Doc 217    Filed 10/21/20    Entered 10/22/20 00:40:28    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Jeanette F. Frankenberg | on behalf of Creditor Green Tree Servicing LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Bank of America N.A. cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com |
| Joseph R Zapata, Jr | on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Mellinger Sanders & Kartzman, LLC jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Joseph Zapata Jr. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Bank of America N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net |
| Nicole Alison Corona | on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@feinsuch.com |
| Robert P. Saltzman | on behalf of Creditor Green Tree Servicing LLC as authorized Servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org |
| Salvatore Carollo | on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com njbankruptcynotifications@logs.com |
| Steven P. Kartzman | on behalf of Attorney Mellinger Sanders & Kartzman, LLC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net |
| Steven P. Kartzman | on behalf of Defendant Steven P. Kartzman kartzaty@optonline.net jzapata@msklaw.net;jloewenstein@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 25