UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ  07102

**Order Filed on November 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anthony Pardo

| | |
|---|---|
| Case No.: | 13-17762 |
| Hearing Date: | 11/10/2020 |
| Judge: | Sherwood |
| Chapter: | 7 |

Recommended Local Form:  ☐ Followed   ☒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
### CROSS MOTION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 13, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

A motion or application having been filed on _____October 13_____, 20 20  by _____Debtor_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied for the reasons set forth on the record.

ORDERED  that this order is stayed for a period of time of 14 days.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*