**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ   07102

Order Filed on November 13, 2020
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Anthony Pardo

| | |
|---|---|
| Case No.: | 13-17762 |
| Hearing Date: | 11/10/2020 |
| Judge: | Sherwood |
| Chapter: | 7 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## TO RECONSIDER

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 13, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

A motion or application having been filed on _____October  20_____, 20 20  by ____Debtor_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied for the reasons set forth on the record.

ORDERED  that this order is stayed for a period of time of 14 days.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony Pardo  
    Debtor(s)

Case No. 13-17762-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 13, 2020     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G Brief | on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net |
| Alberico De Pierro | on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com |
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC bkecf@milsteadlaw.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Case 13-17762-JKS    Doc 226    Filed 11/15/20    Entered 11/16/20 00:25:08    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: pdf903 | Total Noticed: 2 |

Jeanette F. Frankenberg
    on behalf of Creditor Green Tree Servicing  LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Bank of America  N.A. cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com

Joseph R Zapata, Jr
    on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Mellinger  Sanders & Kartzman, LLC jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph Zapata  Jr. jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com

Joshua I. Goldman
    on behalf of Creditor Bank of America  N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Judah B Loewenstein
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net

Nicole Alison Corona
    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Robert P. Saltzman
    on behalf of Creditor Green Tree Servicing LLC  as authorized Servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org

Salvatore Carollo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com  njbankruptcynotifications@logs.com

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;dkhan@msklaw.net

Steven P. Kartzman
    on behalf of Attorney Mellinger  Sanders & Kartzman, LLC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net

Steven P. Kartzman
    kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net

Steven P. Kartzman
    on behalf of Defendant Steven P. Kartzman kartzaty@optonline.net  jzapata@msklaw.net;jloewenstein@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 26