Order Filed on February 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>ANTHONY PARDO,<br>　　　　　　Debtor. | Case No. 13-17762 (JKS)<br><br>Chapter 7 |
| ANTHONY PARDO<br>　　　　　　Plaintiff,<br>　v.<br>STEVEN P. KARTZMAN, individually and as Chapter 7 Trustee, MELLINGER, SANDERS & KARTZMAN, LLC, a New Jersey Limited Liability Company MELLINGER KARTZMAN, LLC, a New Jersey Limited Liability Company, JOSEPH ZAPATA, JR., XYZ CORPORATION, ABC, LLC, SMITH PARTNERSHIP, JOHN DOES (last four names being fictitious and unknown),<br>　　　　　　Defendants. | Honorable John K. Sherwood<br><br>Adv. Pro. No. 21-1193 (JKS)<br><br>Hearing Date: 2/15/2022 2:00 p.m. |
| ANTHONY PARDO<br>　　　　　　Plaintiff,<br>　v.<br>KRISTOPHER J. FACENDA, ESQ., LAW OFFICE OF KRISTOPHER J. FACENDA, LLC, STEVEN P. KARTZMAN, individually and as Chapter 7 Trustee, MELLINGER, SANDERS & KARTZMAN, LLC, a New Jersey Limited Liability Company MELLINGER KARTZMAN, LLC, a New Jersey Limited Liability Company, JOSEPH ZAPATA, JR., XYZ CORPORATION, ABC, LLC, SMITH PARTNERSHIP, JOHN DOES (last four names being fictitious and unknown),<br>　　　　　　Defendants. | Honorable John K. Sherwood<br><br>Adv. Pro. No. 21-1266 (JKS)<br><br>Hearing Date: 2/15/2022 2:00 p.m. |

**DATED: February 23, 2022**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable John K. Sherwood
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Debtor: Anthony Pardo
Case: Pardo v. Kartzman et. al.
Case No.: 13-17762 (JKS)
Adv. Pro. Nos.: 21-1193 (JKS); 21-1266 (JKS); 21-1270 (JKS)
Caption: Order Sanctioning Giovanni De Pierro and De Pierro Radding, LLC, Jointly and Severally

---

| | |
|---|---|
| ANTHONY PARDO<br>Plaintiff,<br>v.<br>MICHAEL G. BRUCKI, ESQ., LAW OFFICE OF MICHAEL G. BRUCKI, LLC a New Jersey Limited Liability Company, STEVEN P. KARTZMAN, individually and as Chapter 7 Trustee, MELLINGER, SANDERS & KARTZMAN, LLC, a New Jersey Limited Liability Company MELLINGER KARTZMAN, LLC, a New Jersey Limited Liability Company, JOSEPH ZAPATA, JR., XYZ CORPORATION, ABC, LLC, SMITH PARTNERSHIP, JOHN DOES (last four names being fictitious and unknown),<br>Defendants. | Honorable John K. Sherwood<br><br>Adv. Pro. No. 21-1270 (JKS)<br><br>Hearing Date: 2/15/2022 2:00 p.m. |

## ORDER SANCTIONING GIOVANNI DE PIERRO AND DE PIERRO RADDING, LLC, JOINTLY AND SEVERALLY

The relief set forth on the following pages numbered three (3) through four (4) is hereby **ORDERED**.

| | |
|---|---|
| Debtor: | Anthony Pardo |
| Case: | Pardo v. Kartzman et. al. |
| Case No.: | 13-17762 (JKS) |
| Adv. Pro. Nos.: | 21-1193 (JKS); 21-1266 (JKS); 21-1270 (JKS) |
| Caption: | Order Sanctioning Giovanni De Pierro and De Pierro Radding, LLC, Jointly and Severally |

This matter having been brought before the Court by Motion for Sanctions for Debtor's Attorney Misconduct by Mellinger Kartzman LLC, attorneys for the court-appointed Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), filed on April 21, 2021, and the Court having considered the papers in support of the Motion; and there being no opposition to the Motion; and having heard oral argument, found a basis for sanctioning the Debtor's Attorney, Giovanni De Pierro and De Pierro Radding, LLC (collectively, the "De Pierro Parties"), and the Court having reviewed the supplemental submissions to determine the sanctions to be levied against the De Pierro Parties, for the reasons set forth on the record on February 15, 2022 (with no appearance from the De Pierro Parties); it is hereby

**ORDERED AS FOLLOWS**:

1. Giovanni De Pierro and De Pierro Radding, LLC are jointly and severally liable for sanctions pursuant to FED. R. BANKR. P. 9011 for failing to withdraw the captioned Adversary Complaints within the time provided by FED. R. BANKR. P. 9011.

2. Giovanni De Pierro and De Pierro Radding, LLC, are jointly and severally liable for sanctions pursuant to 11 U.S.C. § 105 for their bad faith filings in violation of the *Barton* Doctrine.

3. The De Pierro Parties are sanctioned in the amount of $30,586.50 for attorney's fees incurred by the Trustee from April 6, 2021 to June 7, 2021 in opposing the unauthorized lawsuits filed by Giovanni De Pierro of De Pierro Radding, LLC (the "Sanctions").

4. The De Pierro Parties shall pay the Sanctions to the Trustee within thirty (30) days of the entry of this Order.

| | |
|---|---|
| Debtor: | Anthony Pardo |
| Case: | Pardo v. Kartzman et. al. |
| Case No.: | 13-17762 (JKS) |
| Adv. Pro. Nos.: | 21-1193 (JKS); 21-1266 (JKS); 21-1270 (JKS) |
| Caption: | Order Sanctioning Giovanni De Pierro and De Pierro Radding, LLC, Jointly and Severally |

5. If the De Pierro Parties fail to pay the Sanctions to the Trustee within thirty (30) days, the Trustee may file a Certification of Default on notice to the De Pierro Parties, and a request for Entry of Judgment.

6. A copy of this Order shall be served on the De Pierro Parties within 3 days of the entry of this Order.