**Order Filed on February 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ANTHONY PARDO,<br><div align="center">Debtor.</div> | Case No. 13-17762 (JKS)<br><br>Chapter 7 |
| ANTHONY PARDO<br><div align="center">Plaintiff,</div><div align="center">v.</div><br>STEVEN P. KARTZMAN, individually and as Chapter 7 Trustee, MELLINGER, SANDERS & KARTZMAN, LLC, a New Jersey Limited Liability Company MELLINGER KARTZMAN, LLC, a New Jersey Limited Liability Company, JOSEPH ZAPATA, JR., XYZ CORPORATION, ABC, LLC, SMITH PARTNERSHIP, JOHN DOES (last four names being fictitious and unknown),<br><div align="center">Defendants.</div> | Honorable John K. Sherwood<br><br>Adv. Pro. No. 21-1193 (JKS)<br><br>Hearing Date: 2/15/2022 2:00 p.m. |
| ANTHONY PARDO<br><div align="center">Plaintiff,</div><div align="center">v.</div><br>KRISTOPHER J. FACENDA, ESQ., LAW OFFICE OF KRISTOPHER J. FACENDA, LLC, STEVEN P. KARTZMAN, individually and as Chapter 7 Trustee, MELLINGER, SANDERS & KARTZMAN, LLC, a New Jersey Limited Liability Company MELLINGER KARTZMAN, LLC, a New Jersey Limited Liability Company, JOSEPH ZAPATA, JR., XYZ CORPORATION, ABC, LLC, SMITH PARTNERSHIP, JOHN DOES (last four names being fictitious and unknown),<br><br><div align="center">Defendants.</div> | Honorable John K. Sherwood<br><br>Adv. Pro. No. 21-1266 (JKS)<br><br>Hearing Date: 2/15/2022 2:00 p.m. |

**DATED: February 23, 2022**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:          Anthony Pardo
Case:            Pardo v. Kartzman et. al.
Case No.:        13-17762 (JKS)
Adv. Pro. Nos.: 21-1193 (JKS); 21-1266 (JKS); 21-1270 (JKS)
Caption:         Order Sanctioning Giovanni De Pierro and De Pierro Radding, LLC, Jointly and Severally

|  |  |
|---|---|
| ANTHONY PARDO<br><br>              Plaintiff,<br><br>    v.<br><br>MICHAEL G. BRUCKI, ESQ., LAW OFFICE OF MICHAEL G. BRUCKI, LLC a New Jersey Limited Liability Company, STEVEN P. KARTZMAN, individually and as Chapter 7 Trustee, MELLINGER, SANDERS & KARTZMAN, LLC, a New Jersey Limited Liability Company MELLINGER KARTZMAN, LLC, a New Jersey Limited Liability Company, JOSEPH ZAPATA, JR., XYZ CORPORATION, ABC, LLC, SMITH PARTNERSHIP, JOHN DOES (last four names being fictitious and unknown),<br><br>              Defendants. | Honorable John K. Sherwood<br><br>Adv. Pro. No. 21-1270 (JKS)<br><br>Hearing Date: 2/15/2022 2:00 p.m. |

## ORDER SANCTIONING GIOVANNI DE PIERRO AND DE PIERRO RADDING, LLC, JOINTLY AND SEVERALLY

The relief set forth on the following pages numbered three (3) through four (4) is hereby

**ORDERED**.

Page 3 of 4
Debtor:        Anthony Pardo
Case:          Pardo v. Kartzman et. al.
Case No.:      13-17762 (JKS)
Adv. Pro. Nos.: 21-1193 (JKS); 21-1266 (JKS); 21-1270 (JKS)
Caption:       Order Sanctioning Giovanni De Pierro and De Pierro Radding, LLC, Jointly and Severally

This matter having been brought before the Court by Motion for Sanctions for Debtor's Attorney Misconduct by Mellinger Kartzman LLC, attorneys for the court-appointed Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), filed on April 21, 2021, and the Court having considered the papers in support of the Motion; and there being no opposition to the Motion; and having heard oral argument, found a basis for sanctioning the Debtor's Attorney, Giovanni De Pierro and De Pierro Radding, LLC (collectively, the "De Pierro Parties"), and the Court having reviewed the supplemental submissions to determine the sanctions to be levied against the De Pierro Parties, for the reasons set forth on the record on February 15, 2022 (with no appearance from the De Pierro Parties); it is hereby

**ORDERED AS FOLLOWS**:

1.      Giovanni De Pierro and De Pierro Radding, LLC are jointly and severally liable for sanctions pursuant to FED. R. BANKR. P. 9011 for failing to withdraw the captioned Adversary Complaints within the time provided by FED. R. BANKR. P. 9011.

2.      Giovanni De Pierro and De Pierro Radding, LLC, are jointly and severally liable for sanctions pursuant to 11 U.S.C. § 105 for their bad faith filings in violation of the *Barton* Doctrine.

3.      The De Pierro Parties are sanctioned in the amount of $30,586.50 for attorney's fees incurred by the Trustee from April 6, 2021 to June 7, 2021 in opposing the unauthorized lawsuits filed by Giovanni De Pierro of De Pierro Radding, LLC (the "Sanctions").

4.      The De Pierro Parties shall pay the Sanctions to the Trustee within thirty (30) days of the entry of this Order.

| Debtor: | Anthony Pardo |
|---|---|
| Case: | Pardo v. Kartzman et. al. |
| Case No.: | 13-17762 (JKS) |
| Adv. Pro. Nos.: | 21-1193 (JKS); 21-1266 (JKS); 21-1270 (JKS) |
| Caption: | Order Sanctioning Giovanni De Pierro and De Pierro Radding, LLC, Jointly and Severally |

5.    If the De Pierro Parties fail to pay the Sanctions to the Trustee within thirty (30) days, the Trustee may file a Certification of Default on notice to the De Pierro Parties, and a request for Entry of Judgment.

6.    A copy of this Order shall be served on the De Pierro Parties within 3 days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-17762-JKS

Anthony Pardo                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                              Page 1 of 3
Date Rcvd: Feb 23, 2022                       Form ID: pdf903                    Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + | Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G Brief | on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net |
| Alberico De Pierro | on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Plaintiff Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com |
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |

Denise E. Carlon
    on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanette F. Frankenberg
    on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Green Tree Servicing  LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Bank of America  N.A. cmecf@sternlav.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph R. Zapata  Jr., Esq. jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Mellinger  Sanders & Kartzman, LLC jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph Zapata  Jr. jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor Bank of America  N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Judah B Loewenstein
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Nicole Alison Corona
    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Robert P. Saltzman
    on behalf of Creditor Green Tree Servicing LLC  as authorized Servicer for Fannie Mae, as owner and holder of account/contract
originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org

Salvatore Carollo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com  njbankruptcynotifications@logs.com

Steven A. Jayson
    on behalf of Defendant Mellinger  Sanders & Kartzman sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Kartzman LLC sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Steven Kartzman sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Sanders & Kartzman LLC sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Attorney Mellinger  Sanders & Kartzman, LLC sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Steven P. Kartzman sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Attorney Mellinger Kartzman LLC sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

Trustee@msklaw.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

on behalf of Defendant Steven P. Kartzman kartzaty@optonline.net  jzapata@msklaw.net;jloewenstein@msklaw.net

Steven P. Kartzman

on behalf of Attorney Mellinger  Sanders & Kartzman, LLC Trustee@msklaw.net,
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

William M.E. Powers

on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com


TOTAL: 35