Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.: 13−17762−JKS
            Chapter: 7
            Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Pardo
   505 Jerusalem Road
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−5085

Employer's Tax I.D. No.:

## Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 4/14/22. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court. If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: April 18, 2022
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 13-17762-JKS |
| Anthony Pardo | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 18, 2022 | Form ID: tsntc | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + | Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |
| cr | + | Bank of America, N.A., Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway,, Suite 302, Roseland, NJ 07068-1640 |
| r | + | Galloway Real Estate, 213 E. Collins Road, Galloway, NJ 08205-3753 |
| cr | + | Green Tree Servicing LLC, as authorized Servicer f, PO Box 6154, Rapid City, SD 57709-6154 |
| cr | + | Green Tree Servicing, LLC, 105 Eisenhower Parkway, Roseland, NJ 07068-1640 |
| r | + | Kellar Williams Realty Atlantic Shore, 802 tilton Road, Northfield, NJ 08225-1233 |
| r | + | Keller Williams Realty Atlantic Shore, 802 Tilton Road, Northfield, NJ 08225-1233 |
| cr | + | Nationstar Mortgage LLC, Stern, Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Apr 18 2022 20:42:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Apr 18 2022 20:42:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Apr 18 2022 20:42:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Apr 18 2022 20:42:00 | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:05 | GE CAPITAL RETAIL BANK, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G Brief | on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net |
| Alberico De Pierro | on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Plaintiff Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com |
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Green Tree Servicing LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Bank of America N.A. cmecf@sternlav.com |
| Joseph R Zapata, Jr | on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Joseph R. Zapata Jr., Esq. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Mellinger Sanders & Kartzman, LLC jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Joseph Zapata Jr. jzapata@msbnj.com |
| Joshua I. Goldman | on behalf of Creditor Bank of America N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Nicole Alison Corona | on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Robert P. Saltzman | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 18, 2022 | Form ID: tsntc | Total Noticed: 16 |

|  |  |
|---|---|
| | on behalf of Creditor Green Tree Servicing LLC as authorized Servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org |
| Salvatore Carollo | on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com njbankruptcynotifications@logs.com |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Attorney Mellinger Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Mellinger Sanders & Kartzman sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Mellinger Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Steven Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Mellinger Sanders & Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Attorney Mellinger Sanders & Kartzman, LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Attorney Mellinger Sanders & Kartzman, LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Defendant Steven P. Kartzman kartzaty@optonline.net jzapata@msklaw.net;jloewenstein@msklaw.net |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 35