# MELLINGER KARTZMAN LLC
## ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

www.msklawyers.com

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

June 2, 2022

**Delivery via ECF Filing Only**

Clerk of the Court
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

     Re.:    <u>Anthony Pardo</u>, Chapter 7 Case No. 13-17762-JKS

Dear Clerk:

Please allow this to respond to your Memorandum dated May 25, 2022, filed in the above-referenced matter. The Trustee has recovered two judgments against the Debtor and one judgmenet for sanctions against Debtor's counsel. The Trustee is now pursuing collection of all three judgments.

                                        Very truly yours,

                                        *Steven P. Kartzman*
                                        STEVEN P. KARTZMAN

SPK/jbl