# DE PIERRO RADDING, LLC
## ATTORNEYS AT LAW



**317 Belleville Avenue**
**Bloomfield, New Jersey 07003**
**Tel: 973.748.7474**
**Fax: 973.748.0765**

*Giovanni De Pierro, Esq.*
*Managing Partner*
*Email: gdepierro@depierrolaw.com*

_____

June 3, 2022

<u>**VIA ECF**</u>
Clerk of the Court
United States Bankruptcy Court
PO Box 1352
Newark, NJ 07101

**RE: Anthony Pardo, Chapter 7 Case No. 13-17762-JKS**

Dear Clerk:

Our office is in receipt of the Trustee's letter dated June 2, 2022. For clarity of record, please be advised that all three judgments are currently under appeal.

Respectfully submitted,

*/s/ Giovanni De Pierro*
Giovanni De Pierro, Esq.

GDP:adp