# MELLINGER KARTZMAN LLC
## ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

www.msklawyers.com

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

March 13, 2025

**Delivery via ECF Filing Only**

Clerk of the Court
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

    Re.:    *Anthony Pardo*, Chapter 7 Case No. 13-17762-JKS

Dear Clerk:

Please allow this to respond to your Memorandum dated March 12, 2025, filed in the above-referenced matter. The Trustee has collected the judgments against the Debtor's counsel. The Trustee continues to work on a global resolution to resolve the case and has forwarded a consent order for the Debtor's signature.

Very truly yours,

*Steven P. Kartzman*
STEVEN P. KARTZMAN

SPK/jbl