| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, New Jersey 07950<br>Steven A. Jayson, Esq.<br>Tel. (973) 267-0220<br>sjayson@msklaw.net<br>Attorneys for Steven P. Kartzman,<br>Chapter 7 Trustee | |
| In Re:<br><br>ANTHONY PARDO,<br><br>　　　　　　　　　　　　Debtor. | Case No.: 13-17762<br>Adv. Pro. No.: _____<br>Chapter: 7<br>Subchapter V: ☐ Yes ☐ No<br>Hearing Date: 6/3/2025<br>Judge: Sherwood |

**ADJOURNMENT REQUEST**

1. I, _____Steven A. Jayson_____,

   ☒ am the attorney for: _____Steven P. Kartzman, Chapter 7 Trustee_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Compel Josephine Pardo [Dkt. No. 243]

   Current hearing date and time: June 3, 2025

   New date requested: July 22, 2025

   Reason for adjournment request: The Debtor and the Trustee have reached a settlement of t[he] outstanding issues. A 9019 Motion will be filed which would make the J. Pardo Motion m[oot]

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 5/29/2025

/s/ Steven A. Jayson
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 7/22/2025 @ 10:00 AM    ❑ Peremptory

❑ Granted over objection(s)    New hearing date: _____    ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2