UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | | Case No.: | 13-17762-JKS |
|---|---|---|---|
| Anthony Pardo | | Chapter: | 7 |
| | Debtor. | Judge: | Hon. John K. Sherwood |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
|---|---|
| | Martin Luther King, Jr. Federal Building |
| | 50 Walnut Street |
| | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on July 15, 2025 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: On December 5, 2016, the Court entered a Judgment Against the Debtor for Sum Certain awarding the Trustee $30,000 to be paid by the Debtor (the "2016 Judgment"), based on the Debtor's failure to pay the settlement amount. [Dkt. No. 152]. The 2016 Judgment also denied the Debtor a discharge. [Dkt. No. 152 ¶¶2 and 3]. On August 25, 2020, counsel for the Trustee filed a Motion for Entry of an Order and Judgment Enforcing the Court's Order of November 5, 2019 Enforcing Order Compelling Compliance with Subpoena in Case Under the Bankruptcy Code, Finding Anthony Pardo in Civil Contempt, and Sanctioning Anthony Pardo. [Dkt. No. 199]. On October 19, 2020, the Court entered an Order Enforcing the Court's Order of November 5, 2019 and Entering Judgment Against Anthony Pardo for Sum Certain in the amount of $26,100 (the "2020 Judgment"; collectively with the 2016 Judgment the "Judgments"). [Dkt. No. 214]. Over the next four years counsel for the Trustee attempted to collect and satisfy the Judgments. As of January 2, 2025, there was $31,907.37 due on the 2016 Judgment and $26,231.33 due on the 2020 Judgment. Trustee's counsel entered into extensive negotiations with Pardo's counsel to resolve collection of the Judgments and the denial of Pardo's discharge.

Pertinent terms of settlement: Anthony Pardo has remitted to the bankruptcy estate the total sum of forty-three thousand two-hundred ($43,200) dollars (the "Settlement Payment") which is being held in escrow by the bankruptcy estate until entry of the proposed Consent Order. Upon entry of the Consent Order, the Judgments entered against Anthony Pardo on December 5, 2016 [Dkt. No. 152] and October 19, 2020 [Dkt. No. 214] shall be deemed fully satisfied, and the Trustee shall file Warrants of Satisfaction of Judgment with the United States Bankruptcy Court – District of New Jersey and the New Jersey Superior Court, and paragraphs 2 and 3 of the 2016 Judgment which denied the Debtor a discharge will be vacated.

Objections must be served on, and requests for additional information directed to:

| Name: | Steven A. Jayson, Esq., Mellinger Kartzman LLC |
|---|---|
| Address: | 101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950 |
| Telephone No.: | (973) 267-0315 |