UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 13-17762-JKS |
| Anthony Pardo | | Chapter: | 7 |
| | Debtor. | Judge: | Hon. John K. Sherwood |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

<u>Steven P. Kartzman</u>, <u>Chapter 7</u> <u>Trustee</u>, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on July 15, 2025 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: On December 5, 2016, the Court entered a Judgment Against the Debtor for Sum Certain awarding the Trustee $30,000 to be paid by the Debtor (the "2016 Judgment"), based on the Debtor's failure to pay the settlement amount. [Dkt. No. 152]. The 2016 Judgment also denied the Debtor a discharge. [Dkt. No. 152 ¶¶2 and 3]. On August 25, 2020, counsel for the Trustee filed a Motion for Entry of an Order and Judgment Enforcing the Court's Order of November 5, 2019 Enforcing Order Compelling Compliance with Subpoena in Case Under the Bankruptcy Code, Finding Anthony Pardo in Civil Contempt, and Sanctioning Anthony Pardo. [Dkt. No. 199]. On October 19, 2020, the Court entered an Order Enforcing the Court's Order of November 5, 2019 and Entering Judgment Against Anthony Pardo for Sum Certain in the amount of $26,100 (the "2020 Judgment"; collectively with the 2016 Judgment the "Judgments"). [Dkt. No. 214]. Over the next four years counsel for the Trustee attempted to collect and satisfy the Judgments. As of January 2, 2025, there was $31,907.37 due on the 2016 Judgment and $26,231.33 due on the 2020 Judgment. Trustee's counsel entered into extensive negotiations with Pardo's counsel to resolve collection of the Judgments and the denial of Pardo's discharge.

Pertinent terms of settlement: Anthony Pardo has remitted to the bankruptcy estate the total sum of forty-three thousand two-hundred ($43,200) dollars (the "Settlement Payment") which is being held in escrow by the bankruptcy estate until entry of the proposed Consent Order. Upon entry of the Consent Order, the Judgments entered against Anthony Pardo on December 5, 2016 [Dkt. No. 152] and October 19, 2020 [Dkt. No. 214] shall be deemed fully satisfied, and the Trustee shall file Warrants of Satisfaction of Judgment with the United States Bankruptcy Court – District of New Jersey and the New Jersey Superior Court, and paragraphs 2 and 3 of the 2016 Judgment which denied the Debtor a discharge will be vacated.

Objections must be served on, and requests for additional information directed to:

Name:        Steven A. Jayson, Esq., Mellinger Kartzman LLC
Address:     101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950
Telephone No.: (973) 267-0315

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Pardo  
    Debtor

Case No. 13-17762-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 03, 2025      Form ID: pdf905      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + | Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |
| cr | + | Bank of America, N.A., Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway,, Suite 302, Roseland, NJ 07068-1640 |
| r | + | Galloway Real Estate, 213 E. Collins Road, Galloway, NJ 08205-3753 |
| cr | | Green Tree Servicing LLC, as authorized Servicer f, PO Box 6154, Rapid City, SD 57703-6154 |
| cr | + | Green Tree Servicing, LLC, 105 Eisenhower Parkway, Roseland, NJ 07068-1640 |
| r | + | Kellar Williams Realty Atlantic Shore, 802 tilton Road, Northfield, NJ 08225-1233 |
| r | + | Keller Williams Realty Atlantic Shore, 802 Tilton Road, Northfield, NJ 08225-1233 |
| cr | + | Nationstar Mortgage LLC, Stern, Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 513834304 | + | Akron Billing Center, 2620 Ridgewood Road, Akron, OH 44313-3507 |
| 513834299 | | Emergency Physician Associates of North, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 514064730 | | GE Capital Retail Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 513834303 | + | Husqvarna, c/o Foster, Garbus & Garbus, 7 Banta Place, Hackensack, New Jersey 07601-5604 |
| 513834300 | + | Overlook Medical Center, P.O. Box 35611, Newark, New Jersey 07193-5611 |
| 513834288 | + | Retro Fitness Kenilworth, 505 N. Michigan Avenue, Kenilworth, NJ 07033-1076 |
| 513834302 | + | Snap On Tools, 2801 80th Street, Kenosha, WI 53143-5699 |
| 513834301 | + | The Home Depot c/o ARSI, 555 St. Charles Dr., Suite 110, Thousand Oaks, CA 91360-3982 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Jun 03 2025 21:31:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Jun 03 2025 21:31:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Jun 03 2025 21:31:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2025 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2025 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Jun 03 2025 21:32:00 | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2025 21:45:38 | GE CAPITAL RETAIL BANK, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 513834295 | + | Email/PDF: bncnotices@becket-lee.com | Jun 03 2025 21:35:00 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 513834289 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 03 2025 21:32:00 | Bank of America, 100 N. Tyron Street, Charlotte, NC 28255-0001 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 515481240 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com Jun 03 2025 21:45:41 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 513834297 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Jun 03 2025 21:45:27 | | Capital One Bank, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 513834287 | + | Email/PDF: ais.chase.ebn@aisinfo.com Jun 03 2025 21:34:16 | | Chase Bank, 270 Park Avenue, New York, NY 10017-2070 |
| 513834298 | | Email/Text: mrdiscen@discover.com Jun 03 2025 21:31:00 | | Discover Bank, P.O. Box 17019, Wilmington, DE 19850 |
| 515081388 | | Email/Text: mrdiscen@discover.com Jun 03 2025 21:31:00 | | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 513834290 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jun 03 2025 21:45:48 | | GECRB/ Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 513834296 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com Jun 03 2025 21:31:00 | | HSBC/ Yamaha, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 513834286 | + | Email/Text: Harris@ebn.phinsolutions.com Jun 03 2025 21:33:00 | | PSE&G c/o Harris & Harris, Ltd., 222 Merchandise Plaza, Suite 1900, Chicago, IL 60654-1421 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515239831 | | Nationstar Mortgage LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G Brief | on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net |
| Alberico De Pierro | on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Plaintiff Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 03, 2025 | Form ID: pdf905 | Total Noticed: 34 |

Andrew M. Lubin
    on behalf of Creditor Nationstar Mortgage LLC nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanette F. Frankenberg
    on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Green Tree Servicing  LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Bank of America  N.A. cmecf@sternlav.com

Joseph R Zapata, Jr
    on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph R. Zapata  Jr., Esq. jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Mellinger  Sanders & Kartzman, LLC jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph Zapata  Jr. jzapata@msbnj.com

Joshua I. Goldman
    on behalf of Creditor Bank of America  N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Judah B Loewenstein
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
    sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Nicole Alison Corona
    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Robert P. Saltzman
    on behalf of Creditor Green Tree Servicing LLC  as authorized Servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org

Salvatore Carollo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com  njbankruptcynotifications@logs.com

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Attorney Mellinger Kartzman LLC sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger  Sanders & Kartzman sjayson@msklaw.net,
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Kartzman LLC sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Steven Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Sanders & Kartzman LLC sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Attorney Mellinger  Sanders & Kartzman, LLC sjayson@msklaw.net,
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Steven P. Kartzman sjayson@msklaw.net

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 03, 2025 | Form ID: pdf905 | Total Noticed: 34 |

jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

on behalf of Attorney Mellinger Sanders & Kartzman, LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

on behalf of Defendant Steven P. Kartzman skartzman@msklaw.net jzapata@msklaw.net;jloewenstein@msklaw.net

William M.E. Powers

on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 35