Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 13–17762–JKS
                                    Chapter:  7
                                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Pardo
   505 Jerusalem Road
   Scotch Plains, NJ 07076

Social Security No.:
   xxx–xx–5085

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I <u>Christopher Browne</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Anthony Pardo has remitted to the bankruptcy estate the total sum of forty–three thousand two–hundred ($43,200) dollars (the Settlement Payment) which is being held in escrow by the bankruptcy estate until entry of the proposed Consent Order. Upon entry of the Consent Order, the Judgments entered against Anthony Pardo on December 5, 2016 [Dkt. No. 152] and October 19, 2020 [Dkt. No. 214] shall be deemed fully satisfied, and the Trustee shall file Warrants of Satisfaction of Judgment with the United States Bankruptcy Court District of New Jersey and the New Jersey Superior Court, and paragraphs 2 and 3 of the 2016 Judgment which denied the Debtor a discharge will be vacated.

Dated: July 9, 2025
JAN:

                                                            Jeanne Naughton
                                                            Clerk