**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman,
Chapter 7 Trustee*

Order Filed on July 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | |
|---|---|
| ANTHONY PARDO, | Chapter 7 |
| Debtor. | Case No. 13-17762 (JKS) |
| | The Honorable John K. Sherwood |

**CONSENT ORDER BETWEEN STEVEN P. KARTZMAN, CHAPTER 7 TRUSTEE, AND THE DEBTOR, ANTHONY PARDO, IN SETTLEMENT OF AMOUNTS DUE AND OWING ON THE JUDGMENTS ENTERED IN FAVOR OF THE TRUSTEE AND AGAINST THE DEBTOR**

The relief set forth on the following pages two (2) through four (4) is hereby ORDERED.

**DATED: July 16, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Anthony Pardo
Case No.: 13-17762 (JKS)
Caption: Consent Order between Steven P. Kartzman, Chapter 7 Trustee, and the Debtor, Anthony Pardo, in Settlement of amounts Due and Owing on the Judgments Entered in Favor of the Trustee and Against the Debtor

---

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman LLC, on Application for the entry of a Consent Order between Steven P. Kartzman, Chapter 7 Trustee, and the Debtor, Anthony Pardo, in Settlement of amounts Due and Owing on the Judgments Entered in Favor of the Trustee and Against the Debtor (the "Consent Order"); and the Trustee and the Debtor having agreed to amicably resolve the issues on the terms set forth herein, as appears from the signatures affixed hereto, it is hereby

**ORDERED AS FOLLOWS:**

1. Anthony Pardo shall pay to the Trustee forty-three thousand two hundred ($43,200) dollars (the "Settlement Payment") upon the execution of this Consent Order.

2. The Trustee shall hold the Settlement Payment in escrow until such time as this Consent Order is entered by the Court. Should the Court deny entry of this Consent Order, the Trustee shall return the Settlement Payment to Anthony Pardo within ten (10) days of denial of this Consent Order.

3. Upon entry of this Consent Order, and receipt of the Settlement Payment, the judgments entered against Anthony Pardo on December 5, 2016 [Dkt. No. 152] and October 19, 2020 [Dkt. No. 214] shall be deemed fully satisfied, and the Trustee shall file Warrants of Satisfaction of Judgment with the United States Bankruptcy Court – District of New Jersey and the New Jersey Superior Court.

4. Upon entry of this Consent Order, ¶¶2 and 3 of the Order at Dkt. No. 152 are hereby vacated.

Page 3 of 4

Debtor: Anthony Pardo
Case No.: 13-17762 (JKS)
Caption: Consent Order between Steven P. Kartzman, Chapter 7 Trustee, and the Debtor, Anthony Pardo, in Settlement of amounts Due and Owing on the Judgments Entered in Favor of the Trustee and Against the Debtor

---

5. The parties, and anyone who succeeds to their rights and responsibilities hereunder, including their successors and/or assigns, are bound by this Consent Order. This Consent Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

6. The parties hereto shall execute any and all documents and pleadings reasonably necessary to implement all of the foregoing provisions.

7. The terms of this Consent Order are subject to the Court's approval and the issuance of a Notice of Settlement (the "Notice") and the following:

   a. If no objection to the Notice is filed, the issuance and docketing of a Certification of No Objection by the Clerk of the Bankruptcy Court; or

   b. if any objection to the Notice is filed, the overruling of any such objection by this Court.

8. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

Debtor: Anthony Pardo
Case No.: 13-17762 (JKS)
Caption: Consent Order between Steven P. Kartzman, Chapter 7 Trustee, and the Debtor, Anthony Pardo, in Settlement of amounts Due and Owing on the Judgments Entered in Favor of the Trustee and Against the Debtor

---

*The undersigned hereby consent to the form and entry of the within Order:*

MELLINGER KARTZMAN LLC
*Attorneys for Steven P. Kartzman as Chapter 7 Trustee*

By: _____
STEVEN A. JAYSON, ESQ.
Dated: May 28, 2025 ~~December ___, 2024~~

DE PIERRO RADDING, LLC
*Attorneys for Anthony Pardo*

By: _____
GIOVANNI DE PIERRO, ESQ.
Dated: April 27, 2025 ~~December ___, 2024~~

By: _____
ANTHONY PARDO
Dated: ~~December ___, 2024~~ April 27 2025

STATE OF NEW JERSEY  )
                     ) ss:
COUNTY OF Essex      )

On the 27 day of ~~December~~ April 2025, ~~2024,~~ before me, the undersigned, personally appeared **ANTHONY PARDO, individually,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

**GIOVANNI DE PIERRO, Attorney at Law**
**State of New Jersey**