**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman,*
*Chapter 7 Trustee*

Order Filed on July 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

ANTHONY PARDO,

           Debtor.

Chapter 7

Case No. 13-17762 (JKS)

The Honorable John K. Sherwood

**CONSENT ORDER BETWEEN STEVEN P. KARTZMAN, CHAPTER 7 TRUSTEE, AND THE DEBTOR, ANTHONY PARDO, IN SETTLEMENT OF AMOUNTS DUE AND OWING ON THE JUDGMENTS ENTERED IN FAVOR OF THE TRUSTEE AND AGAINST THE DEBTOR**

The relief set forth on the following pages two (2) through four (4) is hereby ORDERED.

**DATED: July 16, 2025**

/s/ John K. Sherwood

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2 of 4

Debtor: Anthony Pardo
Case No.: 13-17762 (JKS)
Caption: Consent Order between Steven P. Kartzman, Chapter 7 Trustee, and the Debtor, Anthony Pardo, in Settlement of amounts Due and Owing on the Judgments Entered in Favor of the Trustee and Against the Debtor

---

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman LLC, on Application for the entry of a Consent Order between Steven P. Kartzman, Chapter 7 Trustee, and the Debtor, Anthony Pardo, in Settlement of amounts Due and Owing on the Judgments Entered in Favor of the Trustee and Against the Debtor (the "Consent Order"); and the Trustee and the Debtor having agreed to amicably resolve the issues on the terms set forth herein, as appears from the signatures affixed hereto, it is hereby

**ORDERED AS FOLLOWS:**

1. Anthony Pardo shall pay to the Trustee forty-three thousand two hundred ($43,200) dollars (the "Settlement Payment") upon the execution of this Consent Order.

2. The Trustee shall hold the Settlement Payment in escrow until such time as this Consent Order is entered by the Court. Should the Court deny entry of this Consent Order, the Trustee shall return the Settlement Payment to Anthony Pardo within ten (10) days of denial of this Consent Order.

3. Upon entry of this Consent Order, and receipt of the Settlement Payment, the judgments entered against Anthony Pardo on December 5, 2016 [Dkt. No. 152] and October 19, 2020 [Dkt. No. 214] shall be deemed fully satisfied, and the Trustee shall file Warrants of Satisfaction of Judgment with the United States Bankruptcy Court – District of New Jersey and the New Jersey Superior Court.

4. Upon entry of this Consent Order, ¶¶2 and 3 of the Order at Dkt. No. 152 are hereby vacated.

Page 3 of 4

Debtor: Anthony Pardo
Case No.: 13-17762 (JKS)
Caption: Consent Order between Steven P. Kartzman, Chapter 7 Trustee, and the Debtor, Anthony Pardo, in Settlement of amounts Due and Owing on the Judgments Entered in Favor of the Trustee and Against the Debtor

---

5. The parties, and anyone who succeeds to their rights and responsibilities hereunder, including their successors and/or assigns, are bound by this Consent Order. This Consent Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

6. The parties hereto shall execute any and all documents and pleadings reasonably necessary to implement all of the foregoing provisions.

7. The terms of this Consent Order are subject to the Court's approval and the issuance of a Notice of Settlement (the "Notice") and the following:

   a. If no objection to the Notice is filed, the issuance and docketing of a Certification of No Objection by the Clerk of the Bankruptcy Court; or

   b. if any objection to the Notice is filed, the overruling of any such objection by this Court.

8. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

Debtor: Anthony Pardo
Case No.: 13-17762 (JKS)
Caption: Consent Order between Steven P. Kartzman, Chapter 7 Trustee, and the Debtor, Anthony Pardo, in Settlement of amounts Due and Owing on the Judgments Entered in Favor of the Trustee and Against the Debtor

---

*The undersigned hereby consent to the form and entry of the within Order:*

MELLINGER KARTZMAN LLC
*Attorneys for Steven P. Kartzman as Chapter 7 Trustee*

By: /s/ Steven A. Jayson
    STEVEN A. JAYSON, ESQ.
Dated: ~~December~~ May 28, 2025 ~~, 2024~~

DE PIERRO RADDING, LLC
*Attorneys for Anthony Pardo*

By: /s/ Giovanni De Pierro
    GIOVANNI DE PIERRO, ESQ.
Dated: ~~December~~ April 27, 2025 ~~, 2024~~

By: /s/ Anthony Pardo
    ANTHONY PARDO

Dated: ~~December~~ April 27, 2025 ~~, 2024~~

STATE OF NEW JERSEY  )
                             ) ss:
COUNTY OF Essex  )

On the 27 day of ~~December, 2024~~ April 2025, before me, the undersigned, personally appeared **ANTHONY PARDO, individually,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

/s/ Giovanni De Pierro
Notary Public

**GIOVANNI DE PIERRO, Attorney at Law**
**State of New Jersey**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 13-17762-JKS |
| Anthony Pardo | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G Brief | on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net |
| Alberico De Pierro | on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Plaintiff Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com |
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | |

Case 13-17762-JKS    Doc 253    Filed 07/18/25    Entered 07/19/25 00:13:11    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Green Tree Servicing LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Bank of America N.A. cmecf@sternlav.com |
| Joseph R Zapata, Jr | on behalf of Defendant Joseph R. Zapata Jr., Esq. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Mellinger Sanders & Kartzman, LLC jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Joseph Zapata Jr. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Bank of America N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Nicole Alison Corona | on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Robert P. Saltzman | on behalf of Creditor Green Tree Servicing LLC as authorized Servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org |
| Salvatore Carollo | on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com njbankruptcynotifications@logs.com |
| Steven A. Jayson | on behalf of Defendant Mellinger Sanders & Kartzman sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Mellinger Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Steven Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Mellinger Sanders & Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Attorney Mellinger Sanders & Kartzman, LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Attorney Mellinger Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: pdf903 | Total Noticed: 2 |

|  |  |
|---|---|
|  | nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net<br>nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Defendant Steven P. Kartzman skartzman@msklaw.net jzapata@msklaw.net;jloewenstein@msklaw.net |
| Steven P. Kartzman | on behalf of Attorney Mellinger Sanders & Kartzman, LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 35