**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Steven A. Jayson, Esq.
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman,*
*Chapter 7 Trustee*

| | |
|---|---|
| In re:<br><br>**ANTHONY PARDO**,<br><br>                    Debtor. | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 13-17762 (JKS)<br><br>Hon. John K. Sherwood |

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT**
**        FOR THE DISTRICT OF NEW JERSEY**

**WHEREAS** Judgment was entered in the above-captioned bankruptcy in favor of Steven P. Kartzman, Chapter 7 Trustee, and against Debtor, Anthony Pardo in the United States Bankruptcy Court for the District of New Jersey on December 5, 2016 [Dkt. No. 152] (the "First Judgment") and on October 19, 2020 [Dkt. No. 214] (the "Second Judgment", together with the Frist Judgment the "Judgments").

**NOW THEREFORE** this is your warrant and authority to enter on the aforesaid record, the satisfaction of the Judgments entered on December 5, 2016 and October 19, 2020.

                                        MELLINGER KARTZMAN LLC
                                        *Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

                                        By: _____
Dated: July 21, 2025                         STEVEN A. JAYSON, ESQ.