Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  13−17762−JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Pardo
   505 Jerusalem Road
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−5085

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       8/21/25
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Mellinger Kartzman LLC, Trustee's Attorney

COMMISSION OR FEES
$225,154.50

EXPENSES
$3,269.23

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 21, 2025
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                Case No. 13-17762-JKS

Anthony Pardo                                                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 4
Date Rcvd: Jul 21, 2025    Form ID: 137    Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + | Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |
| cr | + | Bank of America, N.A., Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway,, Suite 302, Roseland, NJ 07068-1640 |
| r | + | Galloway Real Estate, 213 E. Collins Road, Galloway, NJ 08205-3753 |
| cr | | Green Tree Servicing LLC, as authorized Servicer f, PO Box 6154, Rapid City, SD 57703-6154 |
| cr | + | Green Tree Servicing, LLC, 105 Eisenhower Parkway, Roseland, NJ 07068-1640 |
| r | + | Kellar Williams Realty Atlantic Shore, 802 tilton Road, Northfield, NJ 08225-1233 |
| r | + | Keller Williams Realty Atlantic Shore, 802 Tilton Road, Northfield, NJ 08225-1233 |
| cr | + | Nationstar Mortgage LLC, Stern, Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 513834304 | + | Akron Billing Center, 2620 Ridgewood Road, Akron, OH 44313-3507 |
| 513834299 | | Emergency Physician Associates of North, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 514064730 | | GE Capital Retail Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 513834303 | + | Husqvarna, c/o Foster, Garbus & Garbus, 7 Banta Place, Hackensack, New Jersey 07601-5604 |
| 513834300 | + | Overlook Medical Center, P.O. Box 35611, Newark, New Jersey 07193-5611 |
| 513834288 | + | Retro Fitness Kenilworth, 505 N. Michigan Avenue, Kenilworth, NJ 07033-1076 |
| 513834302 | + | Snap On Tools, 2801 80th Street, Kenosha, WI 53143-5699 |
| 513834301 | + | The Home Depot c/o ARSI, 555 St. Charles Dr., Suite 110, Thousand Oaks, CA 91360-3982 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Jul 21 2025 20:40:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Jul 21 2025 20:40:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Jul 21 2025 20:40:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2025 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2025 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Jul 21 2025 20:40:00 | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2025 20:46:55 | GE CAPITAL RETAIL BANK, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 513834295 | + | Email/PDF: bncnotices@becket-lee.com | Jul 21 2025 20:46:52 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 513834289 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 21 2025 20:40:00 | Bank of America, 100 N. Tyron Street, Charlotte, NC 28255-0001 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 515481240 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com Jul 21 2025 20:47:21 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 513834297 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Jul 21 2025 20:47:22 | | Capital One Bank, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 513834287 | + | Email/PDF: ais.chase.ebn@aisinfo.com Jul 21 2025 20:47:10 | | Chase Bank, 270 Park Avenue, New York, NY 10017-2070 |
| 513834298 | | Email/Text: mrdiscen@discover.com Jul 21 2025 20:40:00 | | Discover Bank, P.O. Box 17019, Wilmington, DE 19850 |
| 515081388 | | Email/Text: mrdiscen@discover.com Jul 21 2025 20:40:00 | | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 513834290 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 21 2025 20:47:03 | | GECRB/ Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 513834296 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com Jul 21 2025 20:39:00 | | HSBC/ Yamaha, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 513834286 | + | Email/Text: Harris@ebn.phinsolutions.com Jul 21 2025 20:41:00 | | PSE&G c/o Harris & Harris, Ltd., 222 Merchandise Plaza, Suite 1900, Chicago, IL 60654-1421 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515239831 | | Nationstar Mortgage LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G Brief | on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net |
| Alberico De Pierro | on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Plaintiff Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jul 21, 2025 | Form ID: 137 | Total Noticed: 34 |

Andrew M. Lubin
    on behalf of Creditor Nationstar Mortgage LLC nj-ecfmail@mwc-law.com alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanette F. Frankenberg
    on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Green Tree Servicing LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Bank of America N.A. cmecf@sternlav.com

Joseph R Zapata, Jr
    on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph R. Zapata Jr., Esq. jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Mellinger Sanders & Kartzman, LLC jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph Zapata Jr. jzapata@msbnj.com

Joshua I. Goldman
    on behalf of Creditor Bank of America N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Judah B Loewenstein
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
    sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Nicole Alison Corona
    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Robert P. Saltzman
    on behalf of Creditor Green Tree Servicing LLC as authorized Servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org

Salvatore Carollo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com njbankruptcynotifications@logs.com

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Attorney Mellinger Kartzman LLC sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Sanders & Kartzman sjayson@msklaw.net,
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Kartzman LLC sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Steven Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Sanders & Kartzman LLC sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Attorney Mellinger Sanders & Kartzman, LLC sjayson@msklaw.net,
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Steven P. Kartzman sjayson@msklaw.net

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 21, 2025 | Form ID: 137 | Total Noticed: 34 |

    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

    on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

    on behalf of Attorney Mellinger  Sanders & Kartzman, LLC Trustee@msklaw.net,
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

    on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

    Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

    on behalf of Defendant Steven P. Kartzman skartzman@msklaw.net  jzapata@msklaw.net;jloewenstein@msklaw.net

William M.E. Powers

    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III

    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 36