**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven A. Jayson, Esq.
sjayson@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



**Order Filed on August 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>**ANTHONY PARDO**,<br><br>Debtor. | Case No. 13-17762 (JKS)<br><br>Chapter 7<br><br>Honorable John K. Sherwood |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT
TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM #2)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 26, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2 of 2

| | |
|---|---|
| Debtors: | Anthony Pardo |
| Case No.: | 13-17762 (JKS) |
| Caption: | Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim #2) |

This matter having been brought before the Court by Mellinger Kartzman LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1.      Claim No. 2 filed by Nationstar Mortgage, LLC is hereby disallowed in its entirety.

2.      A copy of this Order shall be served on all interested parties within 7 days of the date hereof.