**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven A. Jayson, Esq.
sjayson@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



Order Filed on August 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 13-17762 (JKS) |
| **ANTHONY PARDO**, | Chapter 7 |
| Debtor. | Honorable John K. Sherwood |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM #2)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 26, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: Anthony Pardo
Case No.: 13-17762 (JKS)
Caption: Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim #2)

---

This matter having been brought before the Court by Mellinger Kartzman LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Claim No. 2 filed by Nationstar Mortgage, LLC is hereby disallowed in its entirety.

2. A copy of this Order shall be served on all interested parties within 7 days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 13-17762-JKS
Anthony Pardo  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Aug 27, 2025     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + | Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

**Name**      **Email Address**

Adam G Brief
    on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net

Alberico De Pierro
    on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com

Alberico De Pierro
    on behalf of Plaintiff Anthony Pardo adepierro@depierrolaw.com

Alberico De Pierro
    on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com

Andrew M. Lubin
    on behalf of Creditor Nationstar Mortgage LLC nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 27, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Denise E. Carlon
    on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanette F. Frankenberg
    on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Green Tree Servicing  LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Bank of America  N.A. cmecf@sternlav.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph R. Zapata Jr., Esq. jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Mellinger  Sanders & Kartzman, LLC jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph Zapata  Jr. jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Joshua I. Goldman
    on behalf of Creditor Bank of America  N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Judah B Loewenstein
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
    sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Nicole Alison Corona
    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Robert P. Saltzman
    on behalf of Creditor Green Tree Servicing LLC  as authorized Servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org

Salvatore Carollo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com  njbankruptcynotifications@logs.com

Steven A. Jayson
    on behalf of Defendant Mellinger  Sanders & Kartzman sjayson@msklaw.net,
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Kartzman LLC sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Steven Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Sanders & Kartzman LLC sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Attorney Mellinger  Sanders & Kartzman, LLC sjayson@msklaw.net,
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Attorney Mellinger Kartzman LLC sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 27, 2025 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Trustee Steven Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Defendant Steven P. Kartzman skartzman@msklaw.net jzapata@msklaw.net;jloewenstein@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Attorney Mellinger Sanders & Kartzman, LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| William M.E. Powers | |
| | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 37