| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**MELLINGER KARTZMAN LLC**<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, New Jersey 07950<br>(973) 267-0220<br>By:  Steven P. Kartzman, Esq.<br>skartzman@msklaw.net<br>Attorneys for Chapter 7<br>Trustee, Steven P. Kartzman | **Order Filed on September 3, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**ANTHONY PARDO**<br><br>                **Debtor.** | Case No. 13-17762-JKS<br><br>Chapter 7<br><br>Hearing Date:  August 21, 2025 @ 10:00 a.m.<br><br>Judge: Honorable John K. Sherwood |

### ORDER GRANTING FIRST INTERIM AND FINAL ALLOWANCE OF FEES AND EXPENSES TO MELLINGER KARTZMAN LLC, ATTORNEYS FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: September 3, 2025**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Anthony Pardo

Case No.: 13-17762-JKS

Caption of Order: Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee - General) | $118,457.00 | $1,977.93 |
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee - Three (3) Removed State Court Complaints) | $73,030.00 | $1,291.30 |
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee - Appeal) | $33,667.50 | $-0- |