

UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By:  Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

Order Filed on September 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ANTHONY PARDO**

          Debtor.

Case No. 13-17762-JKS

Chapter 7

Hearing Date:  August 21, 2025 @ 10:00 a.m.

Judge: Honorable John K. Sherwood

# ORDER GRANTING FIRST INTERIM AND FINAL ALLOWANCE OF FEES AND EXPENSES TO MELLINGER KARTZMAN LLC, ATTORNEYS FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: September 3, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Anthony Pardo

Case No.: 13-17762-JKS

Caption of Order: Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee - General) | $118,457.00 | $1,977.93 |
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee - Three (3) Removed State Court Complaints) | $73,030.00 | $1,291.30 |
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee - Appeal) | $33,667.50 | $-0- |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 13-17762-JKS
Anthony Pardo                                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                           Page 1 of 3
Date Rcvd: Sep 03, 2025                Form ID: pdf903                                    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + | Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G Brief | on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net |
| Alberico De Pierro | on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Plaintiff Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com |
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Denise E. Carlon
    on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanette F. Frankenberg
    on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Green Tree Servicing  LLC cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Bank of America  N.A. cmecf@sternlav.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph R. Zapata Jr., Esq. jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Mellinger  Sanders & Kartzman, LLC jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant Joseph Zapata  Jr. jzapata@msbnj.com

Joseph R Zapata, Jr
    on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Joshua I. Goldman
    on behalf of Creditor Bank of America  N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Judah B Loewenstein
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Nicole Alison Corona
    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Robert P. Saltzman
    on behalf of Creditor Green Tree Servicing LLC  as authorized Servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org

Salvatore Carollo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com  njbankruptcynotifications@logs.com

Steven A. Jayson
    on behalf of Defendant Mellinger  Sanders & Kartzman sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Steven Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Mellinger Sanders & Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Attorney Mellinger  Sanders & Kartzman, LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Defendant Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Attorney Mellinger Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Trustee Steven Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Defendant Steven P. Kartzman skartzman@msklaw.net  jzapata@msklaw.net;jloewenstein@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Attorney Mellinger  Sanders & Kartzman, LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| William M.E. Powers | |
| | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 37