Form 192 – aplccmpnrpt

### UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  13–17762–JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Anthony Pardo
505 Jerusalem Road
Scotch Plains, NJ 07076

Social Security No.:
xxx–xx–5085

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
### OF HEARING ON APPLICATIONS FOR COMPENSATION
### (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:               January 15, 2026
TIME:               10:00 AM
LOCATION:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:                  $ 107,312.69
TOTAL DISBURSEMENTS:             $1,854.47
BALANCE ON HAND:                 $105,458.22

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Steven Kartzman

COMMISSION OR FEES
$8,615.63

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: November 25, 2025
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 13-17762-JKS

Anthony Pardo                                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 192 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + | Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |
| cr | + | Bank of America, N.A., Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway,, Suite 302, Roseland, NJ 07068-1640 |
| r | + | Galloway Real Estate, 213 E. Collins Road, Galloway, NJ 08205-3753 |
| cr |  | Green Tree Servicing LLC, as authorized Servicer f, PO Box 6154, Rapid City, SD 57703-6154 |
| cr | + | Green Tree Servicing, LLC, 105 Eisenhower Parkway, Roseland, NJ 07068-1640 |
| r | + | Kellar Williams Realty Atlantic Shore, 802 tilton Road, Northfield, NJ 08225-1233 |
| r | + | Keller Williams Realty Atlantic Shore, 802 Tilton Road, Northfield, NJ 08225-1233 |
| cr | + | Nationstar Mortgage LLC, Stern, Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 513834304 | + | Akron Billing Center, 2620 Ridgewood Road, Akron, OH 44313-3507 |
| 513834299 |  | Emergency Physician Associates of North, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 513834303 | + | Husqvarna, c/o Foster, Garbus & Garbus, 7 Banta Place, Hackensack, New Jersey 07601-5604 |
| 513834300 | + | Overlook Medical Center, P.O. Box 35611, Newark, New Jersey 07193-5611 |
| 513834288 | + | Retro Fitness Kenilworth, 505 N. Michigan Avenue, Kenilworth, NJ 07033-1076 |
| 513834302 | + | Snap On Tools, 2801 80th Street, Kenosha, WI 53143-5699 |
| 513834301 | + | The Home Depot c/o ARSI, 555 St. Charles Dr., Suite 110, Thousand Oaks, CA 91360-3982 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Nov 25 2025 20:43:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Nov 25 2025 20:43:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Nov 25 2025 20:43:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2025 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2025 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Nov 25 2025 20:43:00 | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2025 20:48:26 | GE CAPITAL RETAIL BANK, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 513834295 | + | Email/PDF: bncnotices@becket-lee.com | Nov 25 2025 20:48:53 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 513834289 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 25 2025 20:43:00 | Bank of America, 100 N. Tyron Street, Charlotte, NC 28255-0001 |
| 515481240 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | | |

District/off: 0312-2      User: admin      Page 2 of 4

Date Rcvd: Nov 25, 2025      Form ID: 192      Total Noticed: 34

| | | | | |
|---|---|---|---|---|
| | | | Nov 25 2025 21:00:13 | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 513834297 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2025 20:59:13 | Capital One Bank, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 513834287 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2025 21:00:07 | Chase Bank, 270 Park Avenue, New York, NY 10017-2070 |
| 513834298 | | Email/Text: mrdiscen@discover.com | Nov 25 2025 20:43:00 | Discover Bank, P.O. Box 17019, Wilmington, DE 19850 |
| 515081388 | | Email/Text: mrdiscen@discover.com | Nov 25 2025 20:43:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 514064730 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2025 20:59:26 | GE Capital Retail Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 513834290 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2025 20:47:22 | GECRB/ Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 513834296 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 25 2025 20:43:00 | HSBC/ Yamaha, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 513834286 | + | Email/Text: Harris@ebn.phinsolutions.com | Nov 25 2025 20:44:00 | PSE&G c/o Harris & Harris, Ltd., 222 Merchandise Plaza, Suite 1900, Chicago, IL 60654-1421 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515239831 | | Nationstar Mortgage LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G Brief | |
| | on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net |
| Alberico De Pierro | |
| | on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | |

District/off: 0312-2                          User: admin                                    Page 3 of 4

Date Rcvd: Nov 25, 2025                        Form ID: 192                               Total Noticed: 34

on behalf of Plaintiff Anthony Pardo adepierro@depierrolaw.com

Alberico De Pierro

on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com

Andrew M. Lubin

on behalf of Creditor Nationstar Mortgage LLC nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com

Denise E. Carlon

on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanette F. Frankenberg

on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com

Jeanette F. Frankenberg

on behalf of Creditor Green Tree Servicing  LLC cmecf@sternlav.com

Jeanette F. Frankenberg

on behalf of Creditor Bank of America  N.A. cmecf@sternlav.com

Joseph R Zapata, Jr

on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com

Joseph R Zapata, Jr

on behalf of Defendant Joseph R. Zapata  Jr., Esq. jzapata@msbnj.com

Joseph R Zapata, Jr

on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com

Joseph R Zapata, Jr

on behalf of Defendant Mellinger  Sanders & Kartzman, LLC jzapata@msbnj.com

Joseph R Zapata, Jr

on behalf of Defendant Joseph Zapata  Jr. jzapata@msbnj.com

Joshua I. Goldman

on behalf of Creditor Bank of America  N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Joshua I. Goldman

on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Judah B Loewenstein

on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Nicole Alison Corona

on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net

R. A. Lebron

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Robert P. Saltzman

on behalf of Creditor Green Tree Servicing LLC  as authorized Servicer for Fannie Mae, as owner and holder of account/contract
originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org

Salvatore Carollo

on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com  njbankruptcynotifications@logs.com

Steven A. Jayson

on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

on behalf of Attorney Mellinger Kartzman LLC sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

on behalf of Defendant Mellinger  Sanders & Kartzman sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

on behalf of Defendant Mellinger Kartzman LLC sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

on behalf of Defendant Steven Kartzman sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

on behalf of Defendant Mellinger Sanders & Kartzman LLC sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

District/off: 0312-2                          User: admin                                    Page 4 of 4
Date Rcvd: Nov 25, 2025                       Form ID: 192                                    Total Noticed: 34

            on behalf of Attorney Mellinger  Sanders & Kartzman, LLC sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
            on behalf of Defendant Steven P. Kartzman sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
            on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
law.net

Steven P. Kartzman
            on behalf of Attorney Mellinger  Sanders & Kartzman, LLC Trustee@msklaw.net,
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
law.net

Steven P. Kartzman
            on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
law.net

Steven P. Kartzman
            on behalf of Trustee Steven Kartzman Trustee@msklaw.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
law.net

Steven P. Kartzman
            Trustee@msklaw.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
law.net

Steven P. Kartzman
            on behalf of Defendant Steven P. Kartzman skartzman@msklaw.net  jzapata@msklaw.net;jloewenstein@msklaw.net

United States Trustee
            USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
            on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
            on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com


TOTAL: 38