| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK DIVISION | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>STEVEN KARTZMAN<br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive Suite 2F<br>Morris Plains, NJ 07950<br>(973) 267-0220<br>Chapter 7 Trustee | Order Filed on January 20, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PARDO, ANTHONY<br><br>              Debtor(s) | Case No. 13-17762 JKS<br><br>Judge: JOHN K. SHERWOOD |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 20, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: PARDO, ANTHONY
Case No.: 13-17762 JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $8,615.63 is reasonable compensation for the services in this case by STEVEN KARTZMAN, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.