| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK DIVISION | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>STEVEN KARTZMAN<br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive Suite 2F<br>Morris Plains, NJ 07950<br>(973) 267-0220<br>Chapter 7 Trustee | Order Filed on January 20, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PARDO, ANTHONY<br><br><br>Debtor(s) | Case No. 13-17762 JKS<br><br>Judge: JOHN K. SHERWOOD |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 20, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: PARDO, ANTHONY
Case No.: 13-17762 JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $8,615.63 is reasonable compensation for the services in this case by STEVEN KARTZMAN, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 13-17762-JKS
Anthony Pardo  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jan 20, 2026  Form ID: pdf903  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Pardo, 505 Jerusalem Road, Scotch Plains, NJ 07076-2010 |
| aty | + | Giovanni De Pierro, De Pierro Radding, LLC, 317 Belleville Avenue, Bloomfield, NJ 07003-3648 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G Brief | on behalf of Trustee Steven P. Kartzman kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net |
| Alberico De Pierro | on behalf of Defendant Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Plaintiff Anthony Pardo adepierro@depierrolaw.com |
| Alberico De Pierro | on behalf of Debtor Anthony Pardo adepierro@depierrolaw.com |
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Jan 20, 2026 | Form ID: pdf903 | Total Noticed: 2

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Green Tree Servicing  LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Bank of America  N.A. cmecf@sternlav.com |
| Joseph R Zapata, Jr | on behalf of Defendant Joseph R. Zapata Jr., Esq. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Steven P. Kartzman jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Mellinger  Sanders & Kartzman, LLC jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant Joseph Zapata  Jr. jzapata@msbnj.com |
| Joseph R Zapata, Jr | on behalf of Defendant The Estate of Anthony Pardo jzapata@msbnj.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Bank of America  N.A. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Nicole Alison Corona | on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Robert P. Saltzman | on behalf of Creditor Green Tree Servicing LLC  as authorized Servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services, LP dnj@pbslaw.org |
| Salvatore Carollo | on behalf of Creditor NATIONSTAR MORTGAGE LLC scarollo@logs.com  njbankruptcynotifications@logs.com |
| Steven A. Jayson | on behalf of Defendant Mellinger  Sanders & Kartzman sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Mellinger Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Steven Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Mellinger Sanders & Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Attorney Mellinger  Sanders & Kartzman, LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Defendant Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Attorney Mellinger Kartzman LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 20, 2026 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Attorney Mellinger Sanders & Kartzman, LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Defendant Steven P. Kartzman skartzman@msklaw.net jzapata@msklaw.net;jloewenstein@msklaw.net |
| Steven P. Kartzman | on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 38